HOGAN & HARTSON LLP
Robin J. Samuel (SBN 173090)
Julie A. Shepard (SBN 175538)
Laura M. Wilson (SBN 204699)
1999 Avenue of the Stars, Suite 1400
Los Angeles, California  90067
Telephone:  (310) 785-4600
Facsimile:  (310) 310-4601
RJSamuel@hhlaw.com
JAShepard@hhlaw.com
LMWilson@hhlaw.com

Attorneys for Defendant
OFFICE DEPOT, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY SANBROOK, on behalf of herself and all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>OFFICE DEPOT, INC., a corporation, and DOES 1-20,<br><br>Defendants. | Case No.:  C 07 05938 PVT<br><br>Complaint Filed: October 12, 2007<br><br>**NOTICE OF COURT ORDERS**<br><br>**CLASS ACTION**<br><br>Assigned to:<br>Hon. Patricia V. Trumbull<br>Dept. 5 |

1

**NOTICE OF COURT ORDERS**

\\\LA - 019337/000069 - 367580 v1

1     PLEASE TAKE NOTICE THAT the Court issued an Order Setting Initial Case Management Conference and ADR Deadlines, Standing Order for All Judges of the Northern District of California regarding Contents of Joint Case Management Statement, Standing Order regarding Case Management Conference in Civil Cases, and the Northern District Court's Guidelines for the filing process, which have been attached as Exhibit "A" to this Notice.

Dated:  November 28, 2007        HOGAN & HARTSON LLP

                                    By: _____
                                            Robin J. Samuel
                                            Attorneys for Defendant
                                            OFFICE DEPOT, INC.

2

**NOTICE OF COURT ORDERS**

\\\LA - 019337/000069 - 367580 v1

**PROOF OF SERVICE**

STATE OF CALIFORNIA    )
                                              ) ss.
COUNTY OF LOS ANGELES    )

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen and not a party to the within action; my business address is: HOGAN & HARTSON, LLP, 1999 Avenue of the Stars, Suite 1400, Los Angeles, CA 90067.

On November 28, 2007, I caused the foregoing documents described as:

**NOTICE OF COURT ORDERS**

to be served on the interested parties in this action by placing _ the original X a true copy thereof enclosed in sealed envelopes addressed as follows:

**( SEE ATTACHED SERVICE LIST )**

[X]   **BY MAIL.** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepared at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]   **BY HAND DELIVERY.** I caused such envelope to be delivered by hand to the offices of the addressee(s) following ordinary business practices.

[ ]   **BY ELECTRONIC SERVICE.** I caused such document(s) to be delivered in PDF format through our E-mail system to the offices of the addressee(s) following ordinary business practices. By sending copies of the above document(s) in PDF format to the following e-mail addresses:

[ ]   **BY FACSIMILE.** I caused such document(s) to be delivered by facsimile to the offices of the addressee(s) following ordinary business practices from the following facsimile machine (310) 785-4601:
Upon completion of the said facsimile machine transmission, the transmitting machine issued a transmission report showing the transmission was complete and without error. A copy of said transmission report is attached hereto.

[ ]   **BY FEDERAL EXPRESS.** I caused such document to be delivered by overnight mail to the offices of the addressee(s) by placing it for collection by Federal express following ordinary business practices by my firm, to wit, that packages will either be picked up from my firm by Federal Express and/or delivered by my firm to the Federal express office.

[X]   **(Federal)**    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 28, 2007, at Los Angeles, California.

Carmela Elias
Print Name                                                                 Signature

\\\LA - 019337/000069 - 367580 v1

**SERVICE LIST**

Scott Kaufman
1400 Coleman Avenue
Suite C-14
Santa Clara, CA  95050

Barbara Quinn Smith
Maddox Hargett & Caruso
9853 Johnnycake Ridge Road
Suite 302
Mentor, OH  44060

Thomas A. Hargett
Thomas K. Caldwell
Maddox Hargett & Caruso
10100 Lantern Road
Suite 150
Fishers, IN  46038

Marnie Lambert
David P. Meyer & Associates, Co., LPA
1320 Dublin Road
Suite 100
Columbus, OH  43215

\\\LA - 019337/000069 - 367580 v1