HOGAN & HARTSON LLP
Robin J. Samuel (SBN 173090)
Julie A. Shepard (SBN 175538)
Laura M. Wilson (SBN 204699)
1999 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Telephone: (310) 785-4600
Facsimile: (310) 310-4601
RJSamuel@hhlaw.com
JAShepard@hhlaw.com
LMWilson@hhlaw.com

Attorneys for Defendant
OFFICE DEPOT, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY SANBROOK, on behalf of herself and all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>OFFICE DEPOT, INC., a corporation, and DOES 1-20,<br><br>Defendant. | Case No. C 07-05938 PVT<br><br>(SCSC Case No: 1-07-CV-096374)<br><br>**DECLARATION OF ROBIN J. SAMUEL IN SUPPORT OF MOTION TO DISMISS COMPLAINT**<br><br>**CLASS ACTION**<br><br>(Notice of Motion and Motion to Dismiss and [Proposed] Order filed concurrently)<br><br>Date: January 22, 2008<br>Time: 10:00 a.m.<br>Ctrm: "5"<br>Judge: Hon. Patricia V. Trumbull |

1
**DECLARATION OF ROBIN J. SAMUEL**
**Case No. C 07-05938 PVT**

\\\LA - 019337/000069 - 367933 v2

# DECLARATION OF ROBIN J. SAMUEL

I, Robin J. Samuel, hereby declare and state as follows:

1. I am an attorney admitted to practice before the courts of California, and I am a partner in the law firm of Hogan & Hartson, LLP, counsel of record for defendant Office Depot, Inc. ("Office Depot"). Unless otherwise stated, I have personal knowledge of the facts set forth in this declaration, and I could and would competently testify thereto if called as a witness.

2. Attached as Exhibit "A" to this declaration is a true and correct copy of a letter dated October 9, 2007 from Scott R. Kaufman, counsel for plaintiff Mary Sanbrook, to Office Depot.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this 3rd day of December, 2007, at Los Angeles, California.

_____/s/_Robin J. Samuel_____
Robin J. Samuel

2
**DECLARATION OF ROBIN J. SAMUEL**
**Case No. C 07-05938 PVT**

\\\LA - 019337/000069 - 367933 v2