1  HOGAN & HARTSON LLP
   Robin J. Samuel (SBN 173090)
2  Julie A. Shepard (SBN 175538)
   Laura M. Wilson (SBN 204699)
3  1999 Avenue of the Stars, Suite 1400
   Los Angeles, California  90067
4  Telephone:  (310) 785-4600
   Facsimile:  (310) 310-4601
5  RJSamuel@hhlaw.com
   JAShepard@hhlaw.com
6  LMWilson@hhlaw.com

7  Attorneys for Defendant
   OFFICE DEPOT, INC.

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY SANBROOK, on behalf of herself and all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>OFFICE DEPOT, INC., a corporation, and DOES 1-20,<br><br>Defendant. | Case No. C 07-05938 PVT<br><br>(SCSC Case No: 1-07-CV-096374)<br><br>**[PROPOSED] ORDER RE: DEFENDANT OFFICE DEPOT, INC.'S MOTION TO DISMISS COMPLAINT**<br><br>**CLASS ACTION**<br><br>Date:    January 22, 2008<br>Time:    10:00 a.m.<br>Ctrm:    5<br>Judge:   Hon. Patricia V. Trumbull |

1  On January 22, 2008, the motion of defendant Office Depot, Inc. ("Defendant") for an order dismissing this action pursuant to Federal Rule of Civil Procedure 12(b)(6) came on for hearing, the Honorable Patricia V. Trumbull presiding. Defendant brought the motion on the ground that the Complaint of plaintiff Mary Sanbrook ("Plaintiff") fails to state any claim against Defendant for which relief can be granted.

After consideration of the briefs and arguments of counsel, and all other matters presented to the Court, and good cause appearing therefore, IT IS HEREBY ORDERED that the motion of Defendant is GRANTED and the Complaint is dismissed in its entirety with prejudice.

IT IS SO ORDERED.

Dated: January ___, 2008            _____

Magistrate Judge of the District Court