1  HOGAN & HARTSON LLP
   Robin J. Samuel (SBN 173090)
2  Julie A. Shepard (SBN 175538)
   Laura M. Wilson (SBN 204699)
3  1999 Avenue of the Stars, Suite 1400
   Los Angeles, California  90067
4  Telephone:  (310) 785-4600
   Facsimile:  (310) 310-4601
5  RJSamuel@hhlaw.com
   JAShepard@hhlaw.com
6  LMWilson@hhlaw.com

7  Attorneys for Defendant
   OFFICE DEPOT, INC.
8

9
                    UNITED STATES DISTRICT COURT
10
               FOR THE NORTHERN DISTRICT OF CALIFORNIA
11

| | |
|---|---|
| MARY SANBROOK, on behalf of herself and all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>OFFICE DEPOT, INC., a corporation, and DOES 1-20,<br><br>Defendant. | **Case No.:**  C 07-05938 PVT<br><br>(SCSC Case No: 1-07-CV-096374)<br><br>**NOTICE OF ERRATA CONCERNING OFFICE DEPOT, INC.'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>**CLASS ACTION**<br><br>Assigned to:  Hon. Patricia V. Trumbull |

1 | PLEASE TAKE NOTICE THAT the hearing date of Office Depot, Inc.'s Motion to Dismiss Complaint, filed and served in this action on December 3, 2007, was entered incorrectly in the court's ECF website.  The hearing date was erroneously entered as January 22, 2007, and the correct date should read as **January 22, 2008**.

We apologize for any inconvenience caused by this error.

DATED:  December 5, 2007			**HOGAN & HARTSON L.L.P.**,


			 /s/   *Robin J. Samuel*                         .
			Robin J. Samuel, Esq.
			Attorneys for Defendant
			OFFICE DEPOT, INC.

\\\LA - 019337/000069 - 368349 v1

**NOTICE OF ERRATA**
**Case No.  C 07-05938 PVT**

**PROOF OF SERVICE**

STATE OF CALIFORNIA )
) ss.
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen and not a party to the within action; my business address is: HOGAN & HARTSON, LLP, 1999 Avenue of the Stars, Suite 1400, Los Angeles, CA 90067.

On December 5, 2007, I caused the foregoing documents described as:

**1) NOTICE OF ERRATA CONCERNING OFFICE DEPOT, INC.'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

to be served on the interested parties in this action by placing _ the original X a true copy thereof enclosed in sealed envelopes addressed as follows:

**( SEE ATTACHED SERVICE LIST )**

[X] **BY MAIL.** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepared at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] **BY HAND DELIVERY.** I caused such envelope to be delivered by hand to the offices of the addressee(s) following ordinary business practices.

[ ] **BY ELECTRONIC SERVICE.** I caused such document(s) to be delivered in PDF format through our E-mail system to the offices of the addressee(s) following ordinary business practices. By sending copies of the above document(s) in PDF format to the following e-mail addresses:

[ ] **BY FACSIMILE.** I caused such document(s) to be delivered by facsimile to the offices of the addressee(s) following ordinary business practices from the following facsimile machine (310) 785-4601:
Upon completion of the said facsimile machine transmission, the transmitting machine issued a transmission report showing the transmission was complete and without error. A copy of said transmission report is attached hereto.

[ ] **BY FEDERAL EXPRESS.** I caused such document to be delivered by overnight mail to the offices of the addressee(s) by placing it for collection by Federal express following ordinary business practices by my firm, to wit, that packages will either be picked up from my firm by Federal Express and/or delivered by my firm to the Federal express office.

[X] **(Federal)** I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 5, 2007, at Los Angeles, California.

Carmela Elias                                    /s/ *Carmela Elias*
Print Name                                       Signature

\\\LA - 019337/000069 - 368349 v1

**Case No. C 07-05938 PVT**

## SERVICE LIST

1

2  Scott Kaufman
   1400 Coleman Avenue
3  Suite C-14
   Santa Clara, CA  95050
4

   Barbara Quinn Smith
5  Maddox Hargett & Caruso
   9853 Johnnycake Ridge Road
6  Suite 302
   Mentor, OH  44060
7

   Thomas A. Hargett
8  Thomas K. Caldwell
   Maddox Hargett & Caruso
9  10100 Lantern Road
   Suite 150
10 Fishers, IN  46038

11 Marnie Lambert
   David P. Meyer & Associates, Co., LPA
12 1320 Dublin Road
   Suite 100
13 Columbus, OH  43215

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

\\\LA - 019337/000069 - 368349 v1

**Case No.  C 07-05938 PVT**