| | |
|---|---|
| 1 | HOGAN & HARTSON LLP |
| | Robin J. Samuel (SBN 173090) |
| 2 | Julie A. Shepard (SBN 175538) |
| | Laura M. Wilson (SBN 246522) |
| 3 | 1999 Avenue of the Stars, Suite 1400 |
| | Los Angeles, California 90067 |
| 4 | Telephone: (310) 785-4600 |
| | Facsimile: (310) 785-4601 |
| 5 | RJSamuel@hhlaw.com |
| | JAShepard@hhlaw.com |
| 6 | LMWilson@hhlaw.com |
| 7 | Attorneys for Defendant |
| | OFFICE DEPOT, INC. |

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY SANBROOK, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>OFFICE DEPOT, INC., a corporation, and DOES 1-20,<br><br>Defendant. | Case No. C 07-05938 RMW<br><br>(SCSC Case No: 1-07-CV-096374)<br><br>**AMENDED NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>**[Fed. R. Civ. P. 12(b)(6)]**<br><br>**CLASS ACTION**<br><br>([Proposed] Order filed concurrently)<br><br>Date:   February 1, 2008<br>Time:   9:00 a.m.<br>Ctrm:   6<br>Judge:  Hon. Ronald M. Whyte |

---

**AMENDED NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT**
**Case No. C 07-05938 RMW**

\\\LA - 019337/000069 - 369316 v1

**PLEASE TAKE NOTICE THAT** pursuant to the Court's December 11, 2007 Reassignment Order, reassigning the case to the Honorable Ronald M. Whyte for all further proceedings, Defendant Office Depot, Inc. ("Office Depot") is re-noticing its Motion to Dismiss before Judge Whyte.  On February 1, 2008, at 9:00 a.m., in Courtroom 6 of the United States District Court for the Northern District of California, located at 280 South 1st Street, San Jose, CA 95113, Office Depot will and hereby does move the Court to dismiss the Complaint of Mary Sanbrook ("Plaintiff") pursuant to Federal Rule of Civil Procedure 12(b)(6).  The motion is made on the following grounds:

1.     All class allegations in the First, Second, Third, Fourth, Fifth, Sixth, and Seventh Counts should be dismissed for failure to state a claim.  The Consumer Legal Remedies Act ("CLRA") is the exclusive means by which a plaintiff may assert a class action to remedy conduct of the type alleged in the Complaint, and Plaintiff may not avoid the CLRA's statutory requirements for such class actions by pleading class claims through her other causes of action.

2.     The class and individual allegations in the Second Count for violation of the CLRA should be dismissed because Plaintiff failed to satisfy the CLRA's mandatory pre-suit notice requirement before filing the complaint, which failure is fatal to Plaintiff's CLRA damage claims and cannot be cured by amendment.

3.     Plaintiff's cause of action for violation of California Business and Professions Code section 17200 should be dismissed for failure to state a claim because Plaintiff has not suffered an injury in fact, and therefore lacks standing to bring a claim under Section 17200.

4.   Plaintiff's claims for injunctive or declaratory relief should be dismissed for failure to state a claim because Plaintiff cannot demonstrate that she faces the reasonable threat of future occurrences of the conduct alleged in the Complaint, and Plaintiff therefore lacks standing to seek such "prospective" relief.

5.   Plaintiff's individual claims in the First, Third, Fourth, Fifth, Sixth and Seventh Counts should be dismissed for failure to state a claim because Plaintiff has failed to plead an essential element to each of these claims.

This motion is based upon this Amended Notice, the Memorandum of Points and Authorities and Declaration of Robin J. Samuel filed in support thereof, both filed on December 3, 2007, all pleadings and papers on file in this action, and all matters of which this Court may take judicial notice and upon such oral argument as the Court may consider.

Dated: December 13, 2007           HOGAN & HARTSON LLP


By: /s/ *Robin J. Samuel*
Robin J. Samuel
Attorneys for Defendant
OFFICE DEPOT, INC.

---

2
**AMENDED NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT**
**Case No. C 07-05938 RMW**

\\\LA - 019337/000069 - 369316 v1