HOGAN & HARTSON LLP
Robin J. Samuel (SBN 173090)
Julie A. Shepard (SBN 175538)
Laura M. Wilson (SBN 246522)
1999 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Telephone: (310) 785-4600
Facsimile: (310) 785-4601
RJSamuel@hhlaw.com
JAShepard@hhlaw.com
LMWilson@hhlaw.com

Attorneys for Defendant
OFFICE DEPOT, INC.

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY SANBROOK, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>OFFICE DEPOT, INC., a corporation, and DOES 1-20,<br><br>Defendant. | Case No. C 07-05938 RMW<br><br>(SCSC Case No: 1-07-CV-096374)<br><br>**[PROPOSED] ORDER RE: DEFENDANT OFFICE DEPOT, INC.'S MOTION TO DISMISS COMPLAINT**<br><br>**CLASS ACTION**<br><br>Date:     February 1, 2008<br>Time:    9:00 a.m.<br>Ctrm:    6<br>Judge:   Hon. Ronald M. Whyte |

1
**[PROPOSED] ORDER**
**Case No. C 07-05938 RMW**

\\\LA - 019337/000069 - 369025 v1

1  On February 1, 2008, the motion of defendant Office Depot, Inc. ("Defendant") for an order dismissing this action pursuant to Federal Rule of Civil Procedure 12(b)(6) came on for hearing, the Honorable Ronald M. Whyte presiding. Defendant brought the motion on the ground that the Complaint of plaintiff Mary Sanbrook ("Plaintiff") fails to state any claim against Defendant for which relief can be granted.

After consideration of the briefs and arguments of counsel, and all other matters presented to the Court, and good cause appearing therefore, IT IS HEREBY ORDERED that the motion of Defendant is GRANTED and the Complaint is dismissed in its entirety with prejudice.

IT IS SO ORDERED.

Dated: February ___, 2008            _____
                                      Judge of the District Court

2
**[PROPOSED] ORDER**
**Case No. C 07-05938 RMW**

\\\LA - 019337/000069 - 369025 v1