Barbara Quinn Smith, # 0055328
**Maddox Hargett & Caruso**
9853 Johnnycake Ridge Road, Suite 362
Mento, Ohio 44060
Telephone: (440) 351-4010



File
DEC 27
RICHARD W.
CLERK, U.S. DIST
NORTHERN DISTRIC
SAN JOSE

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| MARY SANBROOK, on behalf of herself and all other similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>OFFICE DEPOT, INC., a corporation and DOES 1-20,<br><br>Defendants. | Case No: C 07-05938 RMW<br><br>(SCSC Case No: 1-07-CV-096374)<br><br>**APPLICATION FOR ADMISSION OF BARBARA QUINN SMITH TO THE BAR OF THIS COURT *PRO HAC VICE*** |
|---|---|

Pursuant to Civil L.R. 11-3, I, Barbara Quinn Smith, apply for admission to practice before this Court *pro hac vice*, in order to represent Mary Sanbrook and all other similarly situated Plaintiffs in this action. In support of this application, I certify on oath that:

1. I was admitted to practice before the Supreme Court of the State of Ohio in 1991 and before the United States District Court for the Northern District of Ohio in 1991, the United States District Court for the Southern District of Ohio in 2006, and the Sixth Circuit Court of Appeals in 2002. I am currently a member in good standing in such courts. My Ohio

1  State Bar number is 0055328.

2.  I agree to abide by the Standards of Professional Conduct set forth in Civil L.R. 11-4, comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and Alternative Dispute Resolution Programs of this Court.

3.  Scott R. Kaufman, who is a member of the bar of this Court in good standing, and who maintains an office within the State of California, is designated as co-counsel. The name, address and telephone number of that attorney is 1400 Coleman Avenue, Suite C-14, Santa Clara, California 95050, (408) 727-8882.

I declare under penalty of perjury that the foregoing is true and correct.

December 14, 2007                     Barbara Quinn Smith
                                      Barbara Quinn Smith

APPLICATION FOR ADMISSION OF BARBARA QUINN SMITH – C 07 05938 RmW