1 | Scott R. Kaufman, SBN 190129
1400 Coleman Ave., Suite C-14
2 | Santa Clara, CA 95050
Telephone: (408) 727-8882
3 | Facsimile: (408) 727-8883
Email Address: lemonatty@gmail.com
4
Attorney for Plaintiff, Mary Sanbrook
5

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| **MARY SANBROOK,** on behalf of herself and all others similarly situated, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CASE NO. C 07-05938 RMW <br><br> (SCSC Case No: 1-07-CV-096374) <br><br> **[PROPOSED] ORDER RE: DEFENDANT'S MOTION TO DISMISS** <br><br> **CLASS ACTION** <br><br> Date: February 1, 2008 <br> Time: 9:00 am <br> Judge: Hon. Ronald M. Whyte |
| Plaintiff, | | |
| v. | | |
| **OFFICE DEPOT, INC.** | | |
| Defendant. | | |

1  Defendant Office Depot, Inc.'s Motion to Dismiss the Plaintiff's Complaint pursuant to

2 Federal Rule of Civil Procedure 12(b)(6) came for hearing on February 1, 2008 before the

3 Honorable Ronald M. Whyte.

4  Upon consideration of the briefs of the parties and the arguments of counsel, IT IS

5 HEREBY ORDERED that Defendant's Motion to Dismiss is Denied with prejudice in its

6 entirety.

7  IT IS SO ORDERED.

8

9  Dated: February ___, 2008                              _____
                                                          Judge of the District Court
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24