Scott R. Kaufman, SBN 190129
**California Lemon Lawyers**
1400 Coleman Ave., Suite C-14
Santa Clara, CA 95050
Telephone: (408) 727-8882
Facsimile: (408) 727-8883

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY SANBROOK, on behalf of herself and all other similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>OFFICE DEPOT, INC., a corporation and DOES 1-20,<br><br>Defendants. | Case No: C 07-05938 RMW<br><br>**NOTICE OF WITHDRAWAL OF MOTION TO REMAND** |

Plaintiff, by and through undersigned counsel and pursuant to Local Rule 7-7, hereby gives Notice of her intent to withdraw the previously filed Motion to Remand, on the ground that Defendant has provided evidence to Plaintiff that supports the allegations concerning jurisdiction contained in its Notice of Removal. The Motion for Remand is currently calendared for February 1, 2008.

Respectfully submitted,

Dated January 11, 2008                **CALIFORNIA LEMON LAWYERS**

                                                                                   __/s/ Scott Kaufman_____
                                                                                  Scott Kaufman, Attorney for Plaintiff
                                                                                  Mary Sanbrook and all others similarly situated

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice of Withdrawal of Motion to Remand was filed via the Court's electronic filing system this 11th day of January, 2008, and was thereby served upon all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

          /s/ Scott Kaufman
Scott Kaufman, Attorney for Plaintiff
Mary Sanbrook and all others similarly
situated