RECEIVED
DEC 27 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

FILED
JAN 16 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY SANBROOK, on behalf of herself and all other similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>OFFICE DEPOT, INC., a corporation and DOES 1-20,<br><br>Defendants. | Case No: C 07-05938 RMW<br><br>[Proposed] ORDER GRANTING APPLICATION FOR ADMISSION OF BARBARA QUINN SMITH TO THE BAR OF THIS COURT *PRO HAC VICE* |

Barbara Quinn Smith, an active member in good standing of the bar of the Supreme Court of Ohio, whose business address and telephone number is 9853 Johnnycake Ridge Road, Suite 362, Mento, Ohio 44060, (440) 354-4010, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Mary Sanbrook and all other similarly situated Plaintiffs in this action.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 1/16/08

Ronald M. Whyte
United States ~~Magistrate~~ District Judge