1  HOGAN & HARTSON LLP
   Robin J. Samuel (SBN 173090)
2  Julie A. Shepard (SBN 175538)
   Laura M. Wilson (SBN 246522)
3  1999 Avenue of the Stars, Suite 1400
   Los Angeles, California  90067
4  Telephone:  (310) 785-4600
   Facsimile:  (310) 785-4601
5  RJSamuel@hhlaw.com
   JAShepard@hhlaw.com
6  LMWilson@hhlaw.com

7  Attorneys for Defendant
   OFFICE DEPOT, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| MARY SANBROOK, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>OFFICE DEPOT, INC., a corporation, and DOES 1-20,<br><br>Defendant. | Case No. C 07-05938 RMW<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>**CLASS ACTION**<br><br>(Reply Brief filed concurrently herewith)<br><br>Date:   February 1, 2008<br>Time:   9:00 a.m.<br>Ctrm:   6<br>Judge:  Hon. Ronald M. Whyte |
|---|---|

Defendant Office Depot, Inc. ("Office Depot") hereby respectfully requests that the Court take judicial notice pursuant to Federal Rules of Evidence, Rule 201, of the legislative history of the 1975 Amendment to the Consumer Legal Remedies Act, a copy of which is attached hereto as Exhibit "A."

Federal Rules of Evidence, Rule 201(b) permits federal courts to take judicial notice of "adjudicative facts" that are "capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b). Pursuant to this rule, federal courts have taken judicial notice of documents relating to legislative enactments, including the legislative histories of statutes. *See Chaker v. Crogan*, 428 F. 3d 1215, 1223 n. 8 (9th Cir. 2005) (granting request for judicial notice of legislative history of state statute); *Hunt v. Check Recovery Sys., Inc.*, 478 F. Supp. 2d 1157, 1161 (N.D. Cal. 2007) (finding that legislative history constituted "judicial facts capable of accurate and ready determination" and taking judicial notice of same); *Palmer v. Stassinos*, 348 F. Supp. 2d 1070, 1077 (N.D. Cal. 2004) (taking judicial notice of legislative history submitted in support of briefs related to motion to dismiss).

Additionally, courts may take notice of legislative history as "legislative facts." *Korematsu v. United States*, 584 F. Supp. 1406, 1414 (N.D. Cal. 1984) (noting that legislative history constitutes legislative facts). Under this rubric, legislative facts are "'established truths, facts or pronouncements that do not change from case to case but [are applied] universally, while adjudicative facts are those developed in a particular case.'" *Id.* (citing *United States v. Gould*, 536 F. 2d 216, 220 (8th Cir. 1976).

1
**REQUEST FOR JUDICIAL NOTICE**
**Case No. C 07-05938 RMW**

\\\LA - 019337/000069 - 372557 v2

1   Office Depot therefore respectfully requests that the Court take judicial notice
2   of the legislative history of the 1975 Amendment to the CLRA, a copy of which is
3   attached hereto as Exhibit "A."

5   Dated: January 18, 2008                    HOGAN & HARTSON LLP

                                               By:  /s/ *Robin J. Samuel*
                                                    Robin J. Samuel
                                                    Attorneys for Defendant
                                                    OFFICE DEPOT, INC.