Thomas K. Caldwell, #16001-49
**Maddox Hargett & Caruso, P.C.**
10100 Lantern Road
Suite 150
Fishers, Indiana 46037
Telephone: (317) 598-2040
Facsimile: (317) 598-2050
Email Address: tkcaldwell@mhclaw.com



# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY SANBROOK, on behalf of herself and all other similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>OFFICE DEPOT, INC., a corporation and DOES 1-20,<br><br>Defendants. | Case No: C 07-05938 RMW<br><br>(SCSC Case No: 1-07-CV-096374)<br><br>**APPLICATION FOR ADMISSION OF THOMAS K. CALDWELL TO THE BAR OF THIS COURT *PRO HAC VICE*** |

Pursuant to Civil L.R. 11-3, I, Thomas K. Caldwell, apply for admission to practice before this Court *pro hac vice,* in order to represent Mary Sanbrook and all other similarly situated Plaintiffs in this action. In support of this application, I certify on oath that:

1.  I was admitted to practice before the Supreme Court of the States of Michigan in 1989 and Indiana in 1991, before the United States District Courts for the Eastern and Western Districts of Michigan in 1989, and before the United States District Courts for the Northern and Southern Districts of Indiana in 1991. I am currently a member in good standing in such courts. My Indiana State Bar number is 16001-49 and my Michigan State Bar number is P42917.

APPLICATION FOR ADMISSION OF THOMAS K. CALDWELL – C 07 05938 RMW

1  2.   I agree to abide by the Standards of Professional Conduct set forth in Civil L.R. 11-4,
2  comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local
3  Rules and Alternative Dispute Resolution Programs of this Court.
4  3.   Scott R. Kaufman, who is a member of the bar of this Court in good standing, and who
5  maintains an office within the State of California, is designated as co-counsel. The name, address
6  and telephone number of that attorney is 1400 Coleman Avenue, Suite C-14, Santa Clara, California
7  95050, (408) 727-8882.
8  I declare under penalty of perjury that the foregoing is true and correct.

10  January 11, 2008                               _____
                                                   Thomas K. Caldwell

APPLICATION FOR ADMISSION OF THOMAS K. CALDWELL – C 07 05938 RMW