UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

CIVIL MINUTES

DATE: February 1, 2008

Case No. C-07-05938-RMW    JUDGE: Ronald M. Whyte

MARY SANBROOK, et al.    -v- OFFICE DEPOT, INC., et al.
Title

Appeared                                              Appeared
Attorneys Present                                 Attorneys Present

COURT CLERK: Jackie Garcia         COURT REPORTER: Lee-Anne Shortridge

PROCEEDINGS

DEFENDANT'S MOTION TO DISMISS; PLAINTIFF'S MOTION TO REMAND

ORDER AFTER HEARING

Hearing Held. The Court heard oral argument from both sides. The Court took this matter under submission. The Court to send out a ruling to the parties. The matter is deemed submitted.