```
RECEIVED
JAN 1 8 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE
```

```
FILED
FEB - 7 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE
```

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY SANBROOK, on behalf of herself and all other similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>OFFICE DEPOT, INC., a corporation and DOES 1-20,<br><br>Defendants. | Case No: C 07-05938 RMW<br><br>[~~Proposed~~] ORDER GRANTING APPLICATION FOR ADMISSION OF THOMAS K. CALDWELL TO THE BAR OF THIS COURT *PRO HAC VICE* |

Thomas K. Caldwell, an active member in good standing of the bars of the Supreme Courts of Michigan and Indiana, whose business address and telephone number is Maddox Hargett & Caruso, P.C., 10100 Lantern Road, Suite 150, Fishers, Indiana 46037, (317) 598-2040, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Mary Sanbrook and all other similarly situated Plaintiffs in this action.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 2/6/08

*Ronald M. Whyte*
United States ~~Magistrate~~ DISTRICT Judge

ORDER GRANTING APPLICATION – C 07 05938 RMW