RECEIVED

**FILED**

JAN 1 8 2008

FEB - 7 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARY SANBROOK, on behalf of herself
and all other similarly situated,

                    Plaintiffs,

        vs.

OFFICE DEPOT, INC., a corporation and
DOES 1-20,

                    Defendants.

Case No: C 07-05938 RMW

[PROPOSED] ORDER GRANTING
APPLICATION FOR ADMISSION OF
THOMAS A. HARGETT TO THE BAR
OF THIS COURT *PRO HAC VICE*

    Thomas A. Hargett, an active member in good standing of the bar of the Supreme Court
of Indiana, whose business address and telephone number is Maddox Hargett & Caruso, P.C.,
10100 Lantern Road, Suite 150, Fishers, Indiana 46037, (317) 598-2040, having applied in the
above-entitled action for admission to practice in the Northern District of California on a *pro hac
vice* basis, representing Mary Sanbrook and all other similarly situated Plaintiffs in this action.

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac
vice*. Service of papers upon and communication with co-counsel designed in the application will
constitute notice to the party. All future filings in this action are subject to the requirements
contained in General Order No. 45, *Electronic Case Filing*.

Dated: 2/6/08

*Ronald M. Whyte*
_____
United States ~~Magistrate~~ Judge
DISTRICT