HOGAN & HARTSON LLP
Robin J. Samuel (SBN 173090)
Julie A. Shepard (SBN 175538)
Laura M. Wilson (SBN 246522)
1999 Avenue of the Stars, Suite 1400
Los Angeles, California  90067
Telephone:  (310) 785-4600
Facsimile:  (310) 310-4601
RJSamuel@hhlaw.com
JAShepard@hhlaw.com
LMWilson@hhlaw.com

Attorneys for Defendant
OFFICE DEPOT, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY SANBROOK, on behalf of herself and all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>OFFICE DEPOT, INC., a corporation, and DOES 1-20,<br><br>Defendants. | Case No.:  C 07-05938 RMW<br><br>(SCSC Case No.:  1-07-CV-096374)<br><br>**CERTIFICATE OF SERVICE**<br><br>**CLASS ACTION**<br><br>(Filed concurrently with the Stipulation And [Proposed] Order Selecting ADR Process) |

\\\LA - 019337/000069 - 367234 v1

**PROOF OF SERVICE**

STATE OF CALIFORNIA        )
                           ) ss.
COUNTY OF LOS ANGELES      )

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen and not a party to the within action; my business address is: HOGAN & HARTSON, LLP, 1999 Avenue of the Stars, Suite 1400, Los Angeles, CA 90067.

On February 29, 2008, I caused the foregoing documents described as:

**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS**

to be served on the interested parties in this action by placing _ the original X a true copy thereof enclosed in sealed envelopes addressed as follows:

**( SEE ATTACHED SERVICE LIST )**

[X]  **BY MAIL.** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepared at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]  **BY HAND DELIVERY.** I caused such envelope to be delivered by hand to the offices of the addressee(s) following ordinary business practices.

[X]  **BY ELECTRONIC SERVICE.** I caused such document(s) to be delivered in PDF format when the attached document was e-filed with the Clerk of the Court using the CM/ECF system which will automatically send notification of such filing to the e-mail addresses listed in the attached service list:

[ ]  **BY FACSIMILE.** I caused such document(s) to be delivered by facsimile to the offices of the addressee(s) following ordinary business practices from the following facsimile machine (310) 785-4601:
Upon completion of the said facsimile machine transmission, the transmitting machine issued a transmission report showing the transmission was complete and without error. A copy of said transmission report is attached hereto.

[ ]  **BY FEDERAL EXPRESS.** I caused such document to be delivered by overnight mail to the offices of the addressee(s) by placing it for collection by Federal express following ordinary business practices by my firm, to wit, that packages will either be picked up from my firm by Federal Express and/or delivered by my firm to the Federal express office.

[X]  **(Federal)**  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 29, 2008, at Los Angeles, California.

Carmela Elias                                             /s/ *Carmela Elias*
Print Name                                                Signature

\\\LA - 019337/000069 - 367234 v1

**SERVICE LIST**

Scott Kaufman
1400 Coleman Avenue
Suite C-14
Santa Clara, CA  95050
E-mail:  lemonatty@gmail.com
Telephone:  (408) 727-8882
Facsimile:  (408) 727-8883

Barbara Quinn Smith
Maddox Hargett & Caruso
9853 Johnnycake Ridge Road
Suite 302
Mentor, OH  44060
E-mail:  bqsesq@aol.com
Telephone:  (440) 354-4010
Facsimile:  (440) 848-8175

Thomas A. Hargett
Thomas K. Caldwell
Maddox Hargett & Caruso
10100 Lantern Road
Suite 150
Fishers, IN  46038

Marnie Lambert
David P. Meyer & Associates, Co., LPA
1320 Dublin Road
Suite 100
Columbus, OH  43215
Telephone:  (614) 224-6000
Facsimile:  (614) 224-6066