Scott R. Kaufman, SBN 190129
1400 Coleman Ave., Suite C-14
Santa Clara, CA 95050
Telephone: (408) 727-8882
Facsimile: (408) 727-8883
Email Address: lemonatty@gmail.com

Attorney for Plaintiff
MARY SANBROOK

HOGAN & HARTSON LLP
Robin J. Samuel (SBN 173090)
Julie A. Shepard (SBN 175538)
Laura M. Wilson (SBN 246522)
1999 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Telephone: (310) 785-4600
Facsimile: (310) 785-4601
RJSamuel@hhlaw.com
JAShepard@hhlaw.com
LMWilson@hhlaw.com

Attorneys for Defendant
OFFICE DEPOT, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARY SANBROOK, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>OFFICE DEPOT, INC., a corporation, and DOES 1-20,<br><br>Defendant. | Case No. C 07-05938 RMW<br><br>**STIPULATION AND REQUEST TO ENLARGE TIME FOR COMPLETING RULE 26 INITIAL DISCLOSURES; [PROPOSED] ORDER THEREON**<br><br>(Declaration of Robin J. Samuel in Support of the Stipulation and Request Filed Concurrently)<br><br>**[Civil L.R. 6-1(b)]**<br><br>**CLASS ACTION** |

1    WHEREAS the Order Setting Initial Case Management Conference and ADR Deadlines (the "Order") dated November 26, 2007 set the date for the Initial Case Management Conference for March 18, 2008;

2    WHEREAS the Order set the date for the parties to complete initial disclosures pursuant to Rule 26 of the Federal Rules of Civil Procedure for March 11, 2008;

3    WHEREAS the Order states that "[i]f the Initial Case Management Conference is continued, the other deadlines are continued accordingly";

4    WHEREAS the Clerk's Notice of Impending Reassignment to a United States District Judge dated December 11, 2007 (the "Clerk's Notice") continued the Case Management Conference previously scheduled for March 18, 2008 to March 21, 2008;

5    WHEREAS, pursuant to the above-quoted language of the Order, the continuance of the Case Management Conference also continued the date for completing initial disclosures from March 11, 2008 to March 14, 2008;

6    WHEREAS Rule 26(a)(1)(C) requires parties to make initial disclosures pursuant to Rule 26 "at or within 14 days after the parties' Rule 26(f) conference unless a different time is set by stipulation or court order";

7    WHEREAS Civil L.R. 6-1(b) permits parties to make requests for Court orders enlarging time by written stipulation pursuant to Civil L.R. 6-2;

1

**STIPULATION AND REQUEST TO ENLARGE TIME
FOR COMPLETING RULE 26 INITIAL DISCLOSURES
Case No. C 07-05938 RMW**

\\\LA - 019337/000069 - 378656 v2

1    WHEREAS Civil L.R. 6-1(b) requires a Court order for any enlargement of
2    time that alters an event or deadline already fixed by Court order;

4    WHEREAS lead counsel for Defendant Office Depot, Inc., Robin J. Samuel,
5    is currently on a leave of absence for family reasons, and will be unable to complete
6    the initial disclosures by the March 14, 2008 deadline (*See* Declaration of Robin J.
7    Samuel ("Samuel Decl., ¶ 2));

9    WHEREAS, counsel for Office Depot requests a two (2) week extension of
10   time in order to complete the Rule 26 initial disclosures;

12   WHEREAS the parties have not previously requested any time modifications
13   in the case (*See* Samuel Decl., ¶ 3);

15   WHEREAS the requested time modification will not affect the remaining
16   schedule for the case (*See* Samuel Decl., ¶ 4);

18   NOW, THEREFORE, the parties, through their respective counsel of record,
19   HEREBY STIPULATE AND REQUEST that the Court extend the time for the
20   parties to complete initial disclosures pursuant to Rule 26 until on or before March
21   28, 2008.

2

**STIPULATION AND REQUEST TO ENLARGE TIME
FOR COMPLETING RULE 26 INITIAL DISCLOSURES
Case No. C 07-05938 RMW**

\\\LA - 019337/000069 - 378656 v2

SO STIPULATED,

Dated: March 10, 2008                HOGAN & HARTSON LLP


By:  /s/ *Robin J. Samuel*
     Robin J. Samuel
     Attorneys for Defendant
     OFFICE DEPOT, INC.


Dated: March 10, 2008                MADDOX HARGETT & CARUSO


By:  /s/ *Barbara Quinn Smith*
     Scott R. Kaufman
     Attorney for Plaintiff
     MARY SANBROOK
     And all others similarly situated

     Barbara Quinn Smith (admitted *pro hac vice*)
     MADDOX HARGETT & CARUSO
     9853 Johnnycake Ridge Road
     Suite 302
     Mentor, OH 44060
     Telephone: (440) 354-4010
     Facsimile: (440) 848-8175
     bqsesq@aol.com

     Thomas A. Hargett (admitted *pro hac vice*)
     Thomas K. Caldwell (admitted *pro hac vice*)
     MADDOX HARGETT & CARUSO
     10100 Lantern Road
     Suite 150
     Fishers, IN 46038
     Telephone: (317) 598-2040
     Facsimile: (317) 598-2050

---

3

**STIPULATION AND REQUEST TO ENLARGE TIME
FOR COMPLETING RULE 26 INITIAL DISCLOSURES
Case No. C 07-05938 RMW**

\\\LA - 019337/000069 - 378656 v2

1

## **ORDER**

The Court hereby ORDERS that the March 14, 2008 deadline for the parties to complete initial disclosures pursuant to Rule 26 be enlarged and reset to March 28, 2008.

Dated:_____          _____

The Honorable Ronald M. Whyte
United States District Court Judge