1  HOGAN & HARTSON LLP
   Robin J. Samuel (SBN 173090)
2  Laura M. Wilson (SBN 246522)
   1999 Avenue of the Stars, Suite 1400
3  Los Angeles, California  90067
   Telephone:  (310) 785-4600
4  Facsimile:  (310) 785-4601
   RJSamuel@hhlaw.com
5  LMWilson@hhlaw.com

6  Attorneys for Defendant
   OFFICE DEPOT, INC.

7

8

9                   UNITED STATES DISTRICT COURT

10              FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                         SAN JOSE DIVISION

12

13 | MARY SANBROOK, on behalf of herself and all others similarly situated, | Case No. C 07-05938 RMW
14 | Plaintiffs, | **DECLARATION OF ROBIN J. SAMUEL IN SUPPORT OF STIPULATION AND REQUEST TO ENLARGE TIME FOR COMPLETING RULE 26 INITIAL DISCLOSURES**
15 | v. |
16 | OFFICE DEPOT, INC., a corporation, and DOES 1-20, |
17 | Defendant. | **(Stipulation and Request Filed Concurrently)**
18 |  | **[Civil L.R. 6-1(b)]**
19 |  | **CLASS ACTION**

20

21

22

23

24

25

26

27

28

**DECLARATION OF ROBIN J. SAMUEL**
**Case No. C 07-05938 RMW**

\\\LA - 019337/000069 - 378660 v2

# DECLARATION OF ROBIN J. SAMUEL

I, Robin J. Samuel, declare:

1. I am a partner in the law firm of Hogan & Hartson LLP, counsel of record for Defendant Office Depot, Inc. ("Office Depot") in this matter, and I am an attorney licensed and authorized to practice law before the state and federal courts in the State of California. I have personal knowledge of the facts set forth in this declaration, and if called as a witness, I would and could competently testify thereto under oath.

2. I am currently on a leave of absence from work for family reasons. I anticipate returning to work on or about March 13, 2008, and therefore I will be unable to complete Office Depot's initial disclosures by the March 14, 2008 deadline.

3. Neither Office Depot nor plaintiff Mary Sanbrook has previously requested any time modifications in the case.

4. The requested time modification will have no effect on the schedule of the case.

I declare under penalty of perjury of the laws of the United States of America, that the foregoing is true and correct. Executed this 10th day of March, 2008, at Los Angeles, California.

　　　　　　　　　　　　　　　　　　　　　／s／ Robin J. Samuel
　　　　　　　　　　　　　　　　　　　　　ROBIN J. SAMUEL

1
DECLARATION OF ROBIN J. SAMUEL
Case No. C 07-05938 RMW

\\\LA - 019337/000069 - 378660 v2