| | |
|---|---|
| 1 | **ORDER** |

The Court hereby ORDERS that the March 14, 2008 deadline for the parties to complete initial disclosures pursuant to Rule 26 be enlarged and reset to March 28, 2008.

Dated:_____                         _____

                                                                          The Honorable Ronald M. Whyte
United States District Court Judge