1  Scott R. Kaufman, SBN 190129
   1400 Coleman Ave., Suite C-14
2  Santa Clara, CA 95050
   Telephone: (408) 727-8882
3  Facsimile: (408) 727-8883
   Email Address: lemonatty@gmail.com
4
   Attorney for Plaintiff
5  MARY SANBROOK

6  HOGAN & HARTSON LLP
   Robin J. Samuel (SBN 173090)
7  Julie A. Shepard (SBN 175538)
   Laura M. Wilson (SBN 246522)
8  1999 Avenue of the Stars, Suite 1400
   Los Angeles, California  90067
9  Telephone:  (310) 785-4600
   Facsimile:  (310) 785-4601
10 RJSamuel@hhlaw.com
   JAShepard@hhlaw.com
11 LMWilson@hhlaw.com

12 Attorneys for Defendant
   OFFICE DEPOT, INC.
13

14                UNITED STATES DISTRICT COURT

15            FOR THE NORTHERN DISTRICT OF CALIFORNIA

16                        SAN JOSE DIVISION

17

18 | MARY SANBROOK, on behalf of herself and all others similarly situated, | Case No. C 07-05938 RMW
19 |  | **STIPULATION AND REQUEST TO ENLARGE TIME FOR COMPLETING RULE 26 INITIAL DISCLOSURES; [PROPOSED] ORDER THEREON**
20 | Plaintiffs, |
21 | v. |
22 | OFFICE DEPOT, INC., a corporation, and DOES 1-20, |
23 | Defendant. | (Declaration of Robin J. Samuel in Support of the Stipulation and Request Filed Concurrently)
24 |  | **[Civil L.R. 6-1(b)]**
25 |  | **CLASS ACTION**

26
27
28

1  WHEREAS the Order Setting Initial Case Management Conference and ADR
2  Deadlines (the "Order") dated November 26, 2007 set the date for the Initial Case
3  Management Conference for March 18, 2008;

5  WHEREAS the Order set the date for the parties to complete initial
6  disclosures pursuant to Rule 26 of the Federal Rules of Civil Procedure for March
7  11, 2008;

9  WHEREAS the Order states that "[i]f the Initial Case Management
10 Conference is continued, the other deadlines are continued accordingly";

12 WHEREAS the Clerk's Notice of Impending Reassignment to a United States
13 District Judge dated December 11, 2007 (the "Clerk's Notice") continued the Case
14 Management Conference previously scheduled for March 18, 2008 to March 21,
15 2008;

17 WHEREAS, pursuant to the above-quoted language of the Order, the
18 continuance of the Case Management Conference also continued the date for
19 completing initial disclosures from March 11, 2008 to March 14, 2008;

21 WHEREAS Rule 26(a)(1)(C) requires parties to make initial disclosures
22 pursuant to Rule 26 "at or within 14 days after the parties' Rule 26(f) conference
23 unless a different time is set by stipulation or court order";

25 WHEREAS Civil L.R. 6-1(b) permits parties to make requests for Court
26 orders enlarging time by written stipulation pursuant to Civil L.R. 6-2;

1

**STIPULATION AND REQUEST TO ENLARGE TIME
FOR COMPLETING RULE 26 INITIAL DISCLOSURES
Case No. C 07-05938 RMW**

\\\LA - 019337/000069 - 378656 v2

1   WHEREAS Civil L.R. 6-1(b) requires a Court order for any enlargement of
2   time that alters an event or deadline already fixed by Court order;

4   WHEREAS lead counsel for Defendant Office Depot, Inc., Robin J. Samuel,
5   is currently on a leave of absence for family reasons, and will be unable to complete
6   the initial disclosures by the March 14, 2008 deadline (*See* Declaration of Robin J.
7   Samuel ("Samuel Decl., ¶ 2));

9   WHEREAS, counsel for Office Depot requests a two (2) week extension of
10  time in order to complete the Rule 26 initial disclosures;

12  WHEREAS the parties have not previously requested any time modifications
13  in the case (*See* Samuel Decl., ¶ 3);

15  WHEREAS the requested time modification will not affect the remaining
16  schedule for the case (*See* Samuel Decl., ¶ 4);

18  NOW, THEREFORE, the parties, through their respective counsel of record,
19  HEREBY STIPULATE AND REQUEST that the Court extend the time for the
20  parties to complete initial disclosures pursuant to Rule 26 until on or before March
21  28, 2008.

2
**STIPULATION AND REQUEST TO ENLARGE TIME
FOR COMPLETING RULE 26 INITIAL DISCLOSURES
Case No. C 07-05938 RMW**

\\\LA - 019337/000069 - 378656 v2

1  SO STIPULATED,

3  Dated: March 10, 2008            HOGAN & HARTSON LLP

                                    By: /s/ *Robin J. Samuel*
                                    Robin J. Samuel
                                    Attorneys for Defendant
                                    OFFICE DEPOT, INC.

9  Dated: March 10, 2008            MADDOX HARGETT & CARUSO

                                    By: /s/ *Barbara Quinn Smith*
                                    Scott R. Kaufman
                                    Attorney for Plaintiff
                                    MARY SANBROOK
                                    And all others similarly situated

                                    Barbara Quinn Smith (admitted *pro hac vice*)
                                    MADDOX HARGETT & CARUSO
                                    9853 Johnnycake Ridge Road
                                    Suite 302
                                    Mentor, OH 44060
                                    Telephone: (440) 354-4010
                                    Facsimile: (440) 848-8175
                                    bqsesq@aol.com

                                    Thomas A. Hargett (admitted *pro hac vice*)
                                    Thomas K. Caldwell (admitted *pro hac vice*)
                                    MADDOX HARGETT & CARUSO
                                    10100 Lantern Road
                                    Suite 150
                                    Fishers, IN 46038
                                    Telephone: (317) 598-2040
                                    Facsimile: (317) 598-2050

3

**STIPULATION AND REQUEST TO ENLARGE TIME
FOR COMPLETING RULE 26 INITIAL DISCLOSURES
Case No. C 07-05938 RMW**

\\\LA - 019337/000069 - 378656 v2

# ORDER

The Court hereby ORDERS that the March 14, 2008 deadline for the parties to complete initial disclosures pursuant to Rule 26 be enlarged and reset to March 28, 2008.

Dated: 3/11/08

/s/ Patricia V. Trumbull

The Honorable ~~Ronald M. Whyte~~
United States ~~District Court~~ Judge
  Magistrate