IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARY SANBROOK, et al.,

    Plaintiff,

v.

OFFICE DEPOT, INC., et al.,

    Defendant.

*E-FILED - 3/19/08*

CASE NO. C-07-05938- RMW

**CLERK'S NOTICE CONTINUING CASE MANAGEMENT CONFERENCE**

PLEASE TAKE NOTICE that the Case Management Conference in the above-entitled matter which was previously set for March 28, 2008 at 10:30 a.m. before the Honorable Judge Ronald M. Whyte has been Rescheduled to **April 25, 2008 at 10:30 a.m** before the Honorable Judge Ronald M. Whyte**.** Parties are to appear in courtroom #6, 4th floor of the U.S. Courthouse, 280 South First Street, San Jose, California.

If the above-entitled matter settles counsel are required to notify the Court by contacting the Courtroom Deputy at (408) 535-5375, so as to take this matter off calendar.

DATED: March 19, 2008

                                            /s/ Corinne Lew
                                            Courtroom Deputy

Copy of Order E-Filed to Counsel of Record: