1  ROBIN J. SAMUEL (SB# 173090)
   LAURA M. WILSON (SB# 246522)
2  HOGAN & HARTSON LLP
   1999 Avenue of the Stars, Suite 1400
3  Los Angeles, California 90067
   Telephone: (310) 785-4600
4  Facsimile: (310) 785-4601
   RJSamuel@hhlaw.com
5  LMWilson@hhlaw.com

6  DAVID M. WALSH (SB# 120761)
   PAUL, HASTINGS, JANOFSKY & WALKER LLP
7  515 S. Flower Street
   25th Floor
8  Los Angeles, California 90071-2228
   Telephone: (213) 683-6000
9  Facsimile: (213) 627-0705
   davidwalsh@paulhastings.com
10
   Attorneys for Defendant
11 OFFICE DEPOT, INC

12

13                UNITED STATES DISTRICT COURT

14           FOR THE NORTHERN DISTRICT OF CALIFORNIA

15

| | |
|---|---|
| 16  MARY SANBROOK, on behalf of herself and all others similarly situated, | Case No. C 07-05938 RMW |
| 17  Plaintiffs, | NOTICE OF ASSOCIATION OF COUNSEL FOR DEFENDANT OFFICE DEPOT, INC. |
| 18  v. | |
| 19  OFFICE DEPOT, INC., a corporation, and DOES 1-20, | |
| 20  | |
| 21  Defendant. | |

22

23

24

25

26

27

28

To the Clerk of Court, plaintiffs, and plaintiffs' counsel of record:

PLEASE TAKE NOTICE that defendant Office Depot, Inc. has associated David Walsh of Paul, Hastings, Janofsky & Walker LLP as its co-counsel in the above-referenced action.

Pursuant to such association, please include David Walsh of Paul, Hastings, Janofsky & Walker LLP on the service of all notices and other papers in this action at the following address:

> David M. Walsh
> PAUL, HASTINGS, JANOFSKY & WALKER LLP
> 515 S. Flower Street, 25 Floor
> Los Angeles, California 90071
> Telephone: (213) 683-6000
> Facsimile: (213) 627-0705
> Email: davidwalsh@paulhastings.com

Dated: May 14, 2008

ROBIN J. SAMUEL
LAURA M. WILSON
HOGAN & HARTSON LLP

By _____
    Robin J. Samuel

Attorneys for Defendant
OFFICE DEPOT, INC.

Dated: May 12, 2008

DAVID M. WALSH
PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: _____
    David M. Walsh

Attorneys for Defendant
OFFICE DEPOT, INC.