UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

CIVIL MINUTES

DATE: May 9, 2008

Case No. C-07-05938-RMW       JUDGE: Ronald M. Whyte

MARY SANBROOK, et al.           -V- OFFICE DEPORT, INC., et al.
Title

T. Caldwell, B. Smith                       R. Samuel
Attorneys Present (Plaintiff)              Attorneys Present (Defendant)

COURT CLERK: Jackie Garcia             COURT REPORTER: Not Reported

PROCEEDINGS

CASE MANAGEMENT CONFERENCE

**ORDER AFTER HEARING**

Hearing Held. The Court set the following schedule: Hearing on Motion for Class Certification set for 12/5/08 @ 9:00 AM; Further Case Management Conference set for 12/5/08 @ 10:30 AM. Discovery Limits: Document Request - no limit but narrowly tailored; Deposition - 5 per side (fact); Interrogatories - 25 per side; Request for Admissions p- 10 per side. Defendant to prepare order following the conference.