1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARY SANBROOK, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>OFFICE DEPOT, INC., a corporation, and DOES 1-20,<br><br>Defendant. | Case No. C 07-05938 RMW<br><br>**[PROPOSED] CASE MANAGEMENT ORDER** |

Following the initial case management conference held by the Court pursuant to Rules 16 and 26 of the Federal Rules of Civil Procedure on May 9, 2008 with counsel for all parties present, IT IS HEREBY ORDERED:

**FACT DISCOVERY**

1. Discovery will not be bifurcated with respect to merits-related and class-related discovery.

2. Fact discovery shall close on May 8, 2009.

3. Depositions of fact witnesses initially shall be limited to five (5) depositions per side.

4. Each party initially may serve no more than twenty-five (25) interrogatories on the opposing party.

5. Each party may serve an unlimited number of inspection demands on the opposing party, subject to further court orders or ruling on the merit of such discovery.

6. Each party initially may serve no more than ten (10) requests for admission on the opposing party. The Court will entertain requests to expand the number of permissible requests for admission if there are document authenticity disputes.

## MOTION TO CERTIFY CLASS

7.  Plaintiff shall file and serve her motion for class certification on or before July 25, 2008. The motion shall be heard on December 5, 2008, at 9:00 a.m. in Courtroom 6, 4th Floor, San Jose Division.

8.  Defendant shall file and serve its opposition to the motion for class certification on or before September 19, 2008.

9.  Plaintiff shall file and serve its reply in support of the motion for class certification on or before November 18, 2008.

## TRIAL, MOTIONS AND EXPERT DISCOVERY

10. The trial date and pretrial conference shall be scheduled after the Court issues its ruling on the class certification motion.

11. Expert discovery and cutoffs shall be set at the December 5, 2008 case management conference.

12. Discovery and dispositive motion schedules and deadlines shall be set at the December 5, 2008 case management conference.

## ALTERNATIVE DISPUTE RESOLUTION

13. The parties have agreed to participate in private mediation after the completion of initial discovery.

1  14. A mediation-completion date will be scheduled at the December 5, 2008 case management conference.

## CASE MANAGEMENT CONFERENCE

15. A case management conference shall be held on December 5, 2008 at 10:30 a.m. in Courtroom 6, 4th Floor, San Jose Division.

16. The parties shall file a joint case management conference statement on or before November 14, 2008.

17. This Scheduling Order may be modified by the Court at any time sua sponte or for good cause shown following notice to all parties and an opportunity for them to be heard.

**IT IS SO ORDERED.**

Dated:_____            _____

                                              United States District Court Judge

# PROOF OF SERVICE

STATE OF CALIFORNIA     )
                        ) ss.
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen and not a party to the within action; my business address is: HOGAN & HARTSON, LLP, 1999 Avenue of the Stars, Suite 1400, Los Angeles, CA 90067.

On May 29, 2008, I caused the foregoing documents described as:

### [PROPOSED] CASE MANAGEMENT ORDER

to be served on the interested parties in this action by placing _ the original X a true copy thereof enclosed in sealed envelopes addressed as follows:

### ( SEE ATTACHED SERVICE LIST )

[ ] **BY MAIL.** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepared at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] **BY HAND DELIVERY.** I caused such envelope to be delivered by hand to the offices of the addressee(s) following ordinary business practices.

**[X]** **BY ELECTRONIC SERVICE.** I caused such document(s) to be delivered in PDF format when the attached document was e-filed with the Clerk of the Court using the CM/ECF system which will automatically send notification of such filing to the e-mail addresses listed in the attached service list:

[ ] **BY FACSIMILE.** I caused such document(s) to be delivered by facsimile to the offices of the addressee(s) following ordinary business practices from the following facsimile machine (310) 785-4601:
Upon completion of the said facsimile machine transmission, the transmitting machine issued a transmission report showing the transmission was complete and without error. A copy of said transmission report is attached hereto.

[ ] **BY FEDERAL EXPRESS.** I caused such document to be delivered by overnight mail to the offices of the addressee(s) by placing it for collection by Federal express following ordinary business practices by my firm, to wit, that packages will either be picked up from my firm by Federal Express and/or delivered by my firm to the Federal express office.

[**X**] **(Federal)** I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 29, 2008, at Los Angeles, California.

Carmela Elias                               *Carmela Elias*
Print Name                                  Signature

\\\LA - 019337/000069 - 386951 v2

–4–

# SERVICE LIST

Scott Kaufman
1400 Coleman Avenue
Suite C-14
Santa Clara, CA  95050
E-mail:  lemonatty@gmail.com
Telephone:  (408) 727-8882
Facsimile:  (408) 727-8883

Barbara Quinn Smith
Maddox Hargett & Caruso
9853 Johnnycake Ridge Road
Suite 302
Mentor, OH  44060
E-mail:  bqsesq@aol.com
Telephone:  (440) 354-4010
Facsimile:  (440) 848-8175

Thomas A. Hargett
Thomas K. Caldwell
Maddox Hargett & Caruso
10100 Lantern Road
Suite 150
Fishers, IN  46038

Marnie Lambert
David P. Meyer & Associates, Co., LPA
1320 Dublin Road
Suite 100
Columbus, OH  43215
Telephone:  (614) 224-6000
Facsimile:  (614) 224-6066