DAVID M. WALSH (SB# 120761)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
515 South Flower Street
Twenty-Fifth Floor
Los Angeles, CA 90071-2228
Telephone: (213) 683-6000
Facsimile: (213) 627-0705
davidwalsh@paulhastings.com

ROBIN J. SAMUEL (SB# 173090)
LAURA M. WILSON (SB# 246522)
HOGAN & HARTSON LLP
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 785-4600
Facsimile: (310) 785-4601
RJSamuel@hhlaw.com
LMWilson@hhlaw.com

Attorneys for Defendant
OFFICE DEPOT, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARY SANBROOK, on behalf of herself and all others situated,<br><br>Plaintiffs,<br><br>vs.<br><br>OFFICE DEPOT, INC., a corporation and DOES 1-20,<br><br>Defendants. | CASE NO. C 07-05938 RMW<br><br>**STIPULATION EXTENDING TIME TO ANSWER PLAINTIFF'S COMPLAINT** |

1         WHEREAS, Plaintiff Mary Sanbrook, on behalf of herself and all others situated, ("Plaintiff") served the Summons and Complaint in this action ("Complaint") upon Defendant Office Depot, Inc. ("Office Depot") on or about October 12, 2007 in the Superior Court of California, County of Santa Clara;

       WHEREAS, Office Depot filed its Notice of Removal to this Court on or about November 26, 2007;

       WHEREAS, Office Depot filed its Motion to Dismiss Plaintiff's Complaint on or about December 3, 2007;

       WHEREAS, Office Depot filed its Amended Motion to Dismiss Plaintiff's Complaint on or about December 13, 2007;

       WHEREAS, this Court issued its order Granting in Part and Denying in Part Defendant's Motion to Dismiss on May 5, 2008, allowing Plaintiff 20 days to amend her Complaint;

       WHEREAS, Plaintiff has chosen to not amend her complaint;

       WHEREAS, the parties agree to an extension of the Defendants' time to answer or otherwise respond to the Complaint to June 16, 2008:

//

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendant through their respective counsel that, pursuant to Local Rule 6-1(a), Defendant's time to answer or otherwise respond to the Complaint shall be extended to and including June 16, 2008. This change will not alter the date of any event or any deadline already fixed by Court order.

Respectfully submitted,

DATED: June 12, 2008

DAVID M. WALSH
PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: /s/ David Walsh
DAVID M. WALSH

Attorney for Defendant
OFFICE DEPOT, INC.

DATED: June ___, 2008

BARBARA QUINN SMITH
MADDOX HARGETT & CARUSO

By: /s/ Barbara Quinn Smith
BARBARA QUINN SMITH

Attorney for Plaintiff
MARY SANBROOK, on behalf of herself and all other similarly situated

LEGAL_US_W # 59145568.1