1  Barbara Quinn Smith (Pro Hac Vice)
   Maddox Hargett & Caruso, PC
2  9853 Johnnycake Ridge Road
   Suite 302
3  Mentor, OH 44060
   Phone: 440-354-4010
4  Fax:  440-848-8175
   Email: BQSmith@mhclaw.com
5  (Additional Counsel Listed Below)

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY SANBROOK, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>OFFICE DEPOT, INC., a corporation and DOES 1-20,<br><br>Defendants. | Case No: C 07-05938 RMW<br><br>Judge: Hon. Ronald M. Whyte<br><br>**NAMED PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**<br><br>Date: December 5, 2008<br>Time: 9:00 am<br>Courtroom: 6<br>Judge: Hon. Ronald M. Whyte |

Plaintiff, Mary Sanbrook ("Named Plaintiff" or "Plaintiff"), individually and behalf of all others similarly situated, by and through counsel, moves this Court pursuant to Rule 23 of the Federal Rules of Civil Procedure ("Rule 23"), for an order certifying the following class:

**All persons in California who purchased a Performance Protection Plan from Office Depot.**

Plaintiff further seeks an order appointing her as the representative of the class and appointing her counsel as lead counsel for the class. Plaintiff's claims and the claims of the Class Members present predominantly common issues of fact and law and a class action is the superior

method of resolving Plaintiff's and the Class Members' claims, as explained in the Supporting Memorandum filed contemporaneously herewith and incorporated herein by reference.

Dated:  July 25, 2008                    Respectfully submitted,

    /s/Barbara Quinn Smith
Barbara Quinn Smith (Pro Hac Vice, Ohio Bar 0055328)
**MADDOX HARGETT & CARUSO**
9853 Johnnycake Ridge Road, Suite 302
Mentor, OH 44060
Telephone: 440-354-4010
Facsimile: 440-848-8175
BQSmith@mhclaw.com

Scott R, Kaufman, SBN 190129
**CALIFORNIA LEMON LAWYERS**
1400 Coleman Ave Suite C-14
Santa Clara, CA 95050
Telephone: (408) 727-8882
Facsimile:  (408) 727-8883

Thomas A. Hargett (Pro Hac Vice, Indiana Bar 11252-49)
(tahargett@mhclaw.com)
Thomas K. Caldwell (Pro Hac Vice, Indiana Bar 16001-49
(tkcaldwell@mhclaw.com)
**MADDOX HARGETT & CARUSO**
10100 Lantern Road, Suite 150
Fishers, IN 46038
Telephone: 317-598-2040
Facsimile: 317-598-2050

Marnie Lambert (SBN 165019)
**DAVID P. MEYER & ASSOCIATES, CO., LPA**
1320 Dublin Road, Suite 100
Columbus, Ohio 43215
Telephone:  (614) 224-6000
Facsimile:  (614) 224-6066

**ATTORNEYS FOR PLAINTIFF**