Barbara Quinn Smith (Pro Hac Vice)
Maddox Hargett & Caruso, PC
9853 Johnnycake Ridge Road
Suite 302
Mentor, OH 44060
Phone: 440-354-4010
Fax:  440-848-8175
Email: BQSmith@mhclaw.com
(Additional Counsel Listed Below)

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY SANBROOK, on behalf of herself and all others similarly situated,<br><br>                Plaintiff,<br><br>     vs.<br><br>OFFICE DEPOT, INC., a corporation and DOES 1-20,<br><br>                Defendants. | Case No:  C 07-05938 RMW<br><br>Judge: Hon. Ronald M. Whyte<br><br>**CERTIFICATE OF SERVICE**<br><br>(Named Plaintiff's Motion for Class Certification and Memorandum in Support Thereof Filed Contemporaneously Herewith).<br><br>Date:  December 5, 2008<br>Time:  9:00 am<br>Courtroom: 6<br>Judge:  Hon. Ronald M. Whyte |

**PROOF OF SERVICE**

STATE OF OHIO            )
                         ) ss.
COUNTY OF LAKE           )

I am employed in the County of Lake, State of Ohio. I am over the age of eighteen and not a party to the within action; my business address is: Maddox Hargett & Caruso, PC, 9853 Johnnycake Ridge Road, Suite 302, Mentor, Ohio, 44060.

On July 25, 2008, I caused the foregoing documents described as:

**Named Plaintiff's Motion for Class Certification**
**Named Plaintiff's Memorandum in Support of Motion for Class Certification**

to be served on the interested parties in this action by placing ____ the original __X__ a true copy thereof enclosed in sealed envelopes addressed as follows:

**( SEE ATTACHED SERVICE LIST )**

[ ]   **BY MAIL.** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepared at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]   **BY HAND DELIVERY.** I caused such envelope to be delivered by hand to the offices of the addressee(s) following ordinary business practices.

**[X]  BY ELECTRONIC SERVICE.** I caused such document(s) to be delivered in PDF format when the attached document was e-filed with the Clerk of the Court using the CM/ECF system which will automatically send notification of such filing to the e-mail addresses listed in the attached service list:

[ ]   **BY FACSIMILE.** I caused such document(s) to be delivered by facsimile to the offices of the addressee(s) following ordinary business practices from the following facsimile machine (310) 785-4601:
Upon completion of the said facsimile machine transmission, the transmitting machine issued a transmission report showing the transmission was complete and without error. A copy of said transmission report is attached hereto.

[ ]   **BY FEDERAL EXPRESS.** I caused such document to be delivered by overnight mail to the offices of the addressee(s) by placing it for collection by Federal express following ordinary business practices by my firm, to wit, that packages will either be picked up from my firm by Federal Express and/or delivered by my firm to the Federal express office.

Named Plaintiff's Motion for Class Certification – C 07 05938 RMW

1  [**X**]    **(Federal)** I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 25, 2008, at Mentor, Ohio.

Barbara Quinn Smith                                   /s/ Barbara Quinn Smith
Print Name                                                  Signature

**SERVICE LIST**

**David Michael Walsh, Esq.**
Paul Hastings Janofsky & Walker
515 South Flower Street
Suite 2500
Los Angeles, CA 90071-2228
Email: davidwalsh@paulhastings.com

**Julie Shepard**
Hogan & Hartson LLP
1999 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067
Email: jashepard@hhlaw.com

**Laura Michelle Wilson**
Hogan & Hartson LLP
1999 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067
Email: lmwilson@hhlaw.com

**Robin Jonathan Samuel**
Hogan & Hartson L.L.P.
1999 Avenue of the Stairs
Suite 1400
Los Angeles, CA 90067
Email: rjsamuel@hhlaw.com