1  Marnie C. Lambert (California State Bar No. 165019)
2  **DAVID P. MEYER & ASSOCIATES, CO., LPA**
   1320 Dublin Road, Suite 100, Columbus, Ohio 43215
3  Telephone: (614) 224-6000
   Facsimile: (614) 224-6066
4  mlambert@dmlaws.com

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY SANBROOK, on behalf of herself and all others similarly situated,<br><br>      Plaintiff,<br>  v.<br><br>OFFICE DEPOT, INC.; a corporation and DOES 1 through 20,<br><br>      Defendants | Case No. C 07-05938 RMW<br><br>**NOTICE OF APPEARANCE** |

1  TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Please take notice that the following attorney enters an appearance in the above-captioned matter on behalf of Plaintiff Mary Sanbrook and all others similarly situated. Please provide copies of all further pleadings, orders and notices to:

>  Marnie C. Lambert (California State Bar No.165019)
>  **DAVID P. MEYER & ASSOCIATES, CO., LPA**
>  1320 Dublin Road, Suite 100
>  Columbus, Ohio 43215
>  Telephone:  (614) 224-6000
>  Facsimile:  (614) 224-6066
>  mlambert@dmlaws.com

DATED: August 15, 2008                    Respectfully submitted,

>  **DAVID P. MEYER & ASSOCIATES, CO., LPA**
>
>  By: /s/ Marnie C. Lambert
>  Marnie C. Lambert (California State Bar No. 165019)
>  1320 Dublin Road, Suite 100
>  Columbus, Ohio 43215
>  Telephone:  (614) 224-6000
>  Facsimile:  (614) 224-6066
>  mlambert@dmlaws.com
>
>  Attorneys for Plaintiff
>  Mary Sanbrook and all others similarly
>  situated

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice of Appearance was filed *via* the Court's electronic filing system this 15th day of August, 2008, and was hereby served upon all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

          /s/ Marnie C. Lambert
          Marnie C. Lambert, Attorney for Plaintiff
          Mary Sanbrook and all others similarly
          situated