```
DAVID M. WALSH (SB# 120761)
GEOFFREY T. STOVER (SB# 211715)
MELANIE A. FULL (SB# 253586)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
515 South Flower Street
Twenty-Fifth Floor
Los Angeles, CA 90071-2228
Telephone:  (213) 683-6000
Facsimile:  (213) 627-0705
davidwalsh@paulhastings.com
geoffstover@paulhastings.com
melaniefull@paulhastings.com
```

Attorneys for Defendant
OFFICE DEPOT, INC.

***E-FILED - 11/6/08***

```
BARBARA QUINN SMITH (Pro Hac Vice)
MADDOX HARGETT & CARUSO, PC
9853 Johnnycake Ridge Road
Suite 302
Mentor, OH 44060
Phone: 440-354-4010
Fax:  440-848-8175
Email: BQSmith@mhclaw.com
```

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY SANBROOK, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>OFFICE DEPOT, INC., a corporation and DOES 1-20,<br><br>Defendants. | Case No:  C 07-05938 RMW<br><br>Judge: Hon. Ronald M. Whyte<br><br>**CLASS ACTION** |

[**PROPOSED**] **ORDER ON THE STIPULATED REQUEST FOR AN EXTENSION OF TIME TO SUBMIT A REPLY MEMORANDUM**

The parties to this action have submitted a stipulation requesting that the time for Plaintiff to submit a reply memorandum in support of her Motion for Class Certification be extended 15 days, to

Stipulated Request to Extend The Time To Submit A Reply Memorandum  – C 07 05938 RMW
LEGAL_US_W # 60286288.1

November 30, 2008. The extension is requested to allow Plaintiff's counsel time to prepare for a mediation scheduled for November 12, 2008.

After consideration of the stipulation, IT IS HEREBY ORDERED that the stipulated request for extension of time is GRANTED. Plaintiff shall submit a reply in support of her Motion for Class Certification on or before November 30, 2008. IT IS FURTHER HEREBY ORDERED that the hearing on Plaintiff's Motion for Class Certification, originally set for December 5, 2008, is CONTINUED until December 19, 2008

IT IS SO ORDERED.
Dated: ~~October~~ __, 2008
Nov. 6

_____  for
United States District Judge   Judge Whyte