DAVID M. WALSH (SB# 120761)
GEOFFREY T. STOVER (SB# 211715)
MELANIE A. FULL (SB# 253586)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
515 South Flower Street
Twenty-Fifth Floor
Los Angeles, CA 90071-2228
Telephone: (213) 683-6000
Facsimile: (213) 627-0705
davidwalsh@paulhastings.com
geoffstover@paulhastings.com
melaniefull@paulhastings.com

Attorneys for Defendant
OFFICE DEPOT, INC.

BARBARA QUINN SMITH (Pro Hac Vice)
MADDOX HARGETT & CARUSO, PC
9853 Johnnycake Ridge Road
Suite 302
Mentor, OH 44060
Phone: 440-354-4010
Fax: 440-848-8175
Email: BQSmith@mhclaw.com

Attorney for Plaintiff
MARY SANBROOK

*E-FILED - 11/25/08*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARY SANBROOK, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>OFFICE DEPOT, INC., a corporation, and DOES 1-20,<br><br>Defendant. | CASE NO. C 07-05938 RMW<br><br>[~~PROPOSED~~] ORDER CONTINUING HEARING ON OFFICE DEPOT, INC.'S MOTION FOR SUMMARY JUDGMENT<br><br>New Hearing Date: December 19, 2008<br>Time: 9:00 a.m.<br>Courtroom: 6<br><br>Old Hearing Date: December 5, 2008<br>Time: 9:00 a.m.<br>Courtroom: 6<br><br>Hon. Ronald M. Whyte |

1  The parties to this action have submitted a stipulation requesting that the hearing on Office Depot, Inc.'s ("Office Depot") Motion for Summary Judgment, or in the Alternative, Partial Summary Judgment, be continued to December 19, 2008 so that it may be heard concurrently with Plaintiff's Motion for Class Certification.

After consideration of the stipulation, IT IS HEREBY ORDERED that the stipulated request for continuance of the hearing on Office Depot's Motion for Summary Judgment, or in the Alternative, Partial Summary Judgment to December 19, 2008 at 9:00 a.m. is GRANTED.

IT IS SO ORDERED.

DATED: November 24, 2008

By: *Ronald M. Whyte*
RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE