**E-FILED on** 12/16/08

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARY SANBROOK on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>OFFICE DEPOT, INC.,<br><br>Defendant. | No. C-07-05938 RMW<br><br>ORDER CONTINUING PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND REQUESTING ADDITIONAL BRIEFING<br><br>**[Re Docket No. 46]** |

Plaintiff Mary Sanbrook ("Sanbrook") filed a motion for class certification on July 25, 2008, and originally noticed it for a hearing on December 5, 2008.  Office Depot filed its opposition on September 19, 2008. After a stipulated extension, Sanbrook filed a reply on December 1, 2008. Sanbrook's reply introduced two new proposed class definitions, and provided, for the first time, factual support in the form of declarations and documents.  *See* Pl.'s Reply ISO Mot. for Class Certification 3;  Decl. of Barbara Quinn Smith ISO Class Certification Reply.  Additionally, the reply is twenty five pages long, in violation of Local Rule 7-4(b).

1  Raising new issues in a reply "transgresses against the canons of fair forensics," and is
2 generally improper. *Fredrick v. United States*, 163 F.2d 536, 549 (9th Cir. 1947); *Eberle v. City of
3 Anaheim,* 901 F.2d 814 (9th Cir. 1990). In her reply, Sanbrook concedes that the evidence is new,
4 but argues that, because of Office Depot's delays, evidence was acquired during the course of class-
5 certification briefing. Pl.'s Reply ISO Mot. for Class Certification 8. Sanbrook apparently chose to
6 move for class certification before collecting the necessary factual support. Office Depot should
7 thus have an opportunity to respond.
8  The court continues the hearing on plaintiff's motion for class certification to January 23,
9 2009. The court requests that Office Depot submit a sur-reply to Sanbrook's class-certification
10 reply, not to exceed 15 pages, by January 9, 2008.

DATED: 12/16/08

RONALD M. WHYTE
United States District Judge

ORDER CONTINUING PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND REQUESTING ADDITIONAL BRIEFING
—No. C-07-05938 RMW
JAS                                                     2

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff:**

Scott Richard Kaufman    lemonatty@gmail.com
Barbara Quinn Smith    bqsesq@aol.com
Marnie Cherie Lambert    mlambert@dmlaws.com
Thomas K. Caldwell    tkcaldwell@mhclaw.com

**Counsel for Defendants:**

David Michael Walsh    davidwalsh@paulhastings.com
Robin Jonathan Samuel    rjsamuel@hhlaw.com
Julie Shepard    jashepard@hhlaw.com
Laura Michelle Wilson    lmwilson@hhlaw.com

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**   12/16/08                               /s/ JAS
                                                    **Chambers of Judge Whyte**

**United States District Court**
For the Northern District of California

ORDER CONTINUING PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND REQUESTING ADDITIONAL BRIEFING
—No. C-07-05938 RMW
JAS                                                    3