DAVID M. WALSH (SB# 120761)
GEOFFREY T. STOVER (SB# 211715)
MELANIE A. FULL (SB# 253586)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
515 South Flower Street
Twenty-Fifth Floor
Los Angeles, CA  90071-2228
Telephone:  (213) 683-6000
Facsimile:  (213) 627-0705
davidwalsh@paulhastings.com
geoffstover@paulhastings.com
melaniefull@paulhastings.com

Attorneys for Defendant
OFFICE DEPOT, INC.

BARBARA QUINN SMITH (Pro Hac Vice)
MADDOX HARGETT & CARUSO, PC
9853 Johnnycake Ridge Road
Suite 302
Mentor, OH 44060
Phone: 440-354-4010
Fax:  440-848-8175
Email: BQSmith@mhclaw.com
Attorney for Plaintiff

*E-FILED - 1/20/09*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARY SANBROOK, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>OFFICE DEPOT, INC., a corporation, and DOES 1-20,<br><br>Defendant. | CASE NO. C 07-05938 RMW<br><br>[PROPOSED] ORDER CONTINUING HEARING ON PLAINTIFF'S MOTION FOR CLASS CERTIFICATION<br><br>Hearing Date:  January 23, 2009<br>Time:  9:00 a.m.<br>Courtroom:  6<br><br><br>Hon. Ronald M. Whyte |

Case No. C 07-05938 RMW
LEGAL_US_W # 60815628.1

[PROPOSED] ORDER TO CONTINUE
HEARING ON DEFENDANTS' MSJ

1  The Court, having reviewed and approved the parties' stipulation, HEREBY ORDERS
2  as follows:
3  Plaintiff's Motion for Class Certification, which was scheduled to be heard on January
4  23, 2009, shall be CONTINUED to  2/20/09  at 9:00 a.m. in Courtroom 6 of the above-
5  captioned Court, located at 280 South 1st Street, San Jose, California.

8  IT IS SO ORDERED.

10  DATED: January 20, 2009

By: *Ronald M. Whyte*
RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE

---

Case No. C 07-05938 RMW
LEGAL_US_W # 60815628.1

-1-

[PROPOSED] ORDER TO CONTINUE
HEARING ON DEFENDANTS' MSJ