**E-FILED on    03/06/09**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARY SANBROOK on behalf of herself and others similarly situated,<br><br>              Plaintiff,<br><br>     v.<br><br>OFFICE DEPOT, INC.,<br><br>              Defendant. | No. C-07-05938 RMW<br><br>ORDER REGARDING PLAINTIFFS' MOTION FOR CLASS CERTIFICATION<br><br>**[Re Docket No. 46, 88]** |

     Plaintiff Mary Sanbrook ("Sanbrook") brings this suit against Office Depot, Inc. ("Office Depot") for breach of contract, fraud, and violation of the Song-Beverly Act. Sanbrook alleges that she purchased the Performance Protection Plan ("PPP") service contract with her personal computer based on Office Depot's inaccurate brochure and that Office Depot later failed to fulfill its obligations under the PPP. Sanbrook now seeks class certification on her breach of contract and Song-Beverly Act claims. After class-certification briefing was complete, the court continued the hearing and requested that Office Depot file a sur-reply responding to new matter in Sanbrook's reply memorandum.

The court has reviewed the moving papers and considered the arguments of counsel, and is considering certification of the following classes:

> *Song-Beverly Class:* All persons who purchased the PPP from Office Depot in California after October 12, 2004 and to whom the terms of the PPP were not made available for inspection prior to purchase.
>
> *Contract Class*: All persons who purchased a PPP during the period from September 1, 2004 through August 31, 2006 and submitted a request for service under the plan.

The court requests comment from the parties regarding 1) whether the Song-Beverly class above satisfies Rule 23(b)(3)'s requirement that common questions of law and fact predominate; and 2) whether Sanbrook's claim is typical of those in the above Contract class. If they wish, the parties may also address other concerns they might have with the above class definitions. Both parties shall file their comments in letter form, not to exceed five pages of double-spaced argument text, by 5:00 p.m. on Wednesday, March 18, 2009.

DATED:     03/06/09

*/s/ Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge


**United States District Court**
For the Northern District of California


**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff:**

| | |
|---|---|
| Scott Richard Kaufman | lemonatty@gmail.com |
| Barbara Quinn Smith | bqsesq@aol.com |
| Marnie Cherie Lambert | mlambert@dmlaws.com |
| Thomas K. Caldwell | tkcaldwell@mhclaw.com |

**Counsel for Defendants:**

| | |
|---|---|
| David Michael Walsh | davidwalsh@paulhastings.com |
| Robin Jonathan Samuel | rjsamuel@hhlaw.com |
| Julie Shepard | jashepard@hhlaw.com |
| Laura Michelle Wilson | lmwilson@hhlaw.com |

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**     03/06/09                                                       JAS
                                                                       **Chambers of Judge Whyte**

---

ORDER REGARDING PLAINTIFFS' MOTION FOR CLASS CERTIFICATION         —No. C-07-05938 RMW
JAS                                                                    3
