UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARY SANBROOK,<br><br>              Plaintiff,<br><br>   v.<br><br>OFFICE DEPOT,<br><br>             Defendant. | Case No.: C 07-5938 RMW (PVT)<br><br>**INTERIM ORDER RE PLAINTIFF'S SECOND MOTION TO COMPEL AND RE PLAINTIFF'S MOTION FOR AN ORDER TO SHOW CAUSE WHY OFFICE DEPOT SHOULD NOT BE HELD IN CONTEMPT** |

Currently scheduled to be heard by this court on June 30, 2009, are Plaintiff's Second Motion to Compel and Plaintiff's Motion for an Order to Show Cause Why Office Depot Should Not Be Held in Contempt. Having reviewed the papers submitted by the parties, the court finds it appropriate to issue this interim order. Based on the moving, opposition and reply papers filed in connection with the foregoing two motions, and the file herein,

IT IS HEREBY ORDERED that Plaintiff's Motion for an Order to Show Cause Why Office Depot Should Not Be Held in Contempt is TAKEN UNDER SUBMISSION pending resolution of Plaintiff's second motion to compel.

IT IS FURTHER ORDERED that the hearing on Plaintiff's Second Motion to Compel is CONTINUED to 10:00 a.m. on July 14, 2009.

IT IS FURTHER ORDERED that, no later than June 30, 2009, Defendant shall submit for *in*

*camera* review the documents for which it is claiming privilege and for which it contends that the common interest doctrine precludes a finding of waiver based on Defendant's disclosure of the documents to third party Warranty Corporation of America ("WaCA").  *See* Defendant's opposition brief (docket no. 186) at ¶. 9-17 (describing documents), and fn. 13 (indicating Defendant's offer to submit the documents for *in camera* review).

      IT IS FURTHER ORDERED that, no later than July 6, 2009, Defendant shall serve and file a copy of its agreement(s) with WaCA, authenticated by an appropriate declaration.  Defendant may file the declaration and attached agreement(s) under seal.

      IT IS FURTHER ORDERED that, no later than July 8, 2009, the parties shall file a joint statement which includes a statement by Plaintiff of what document requests remain in dispute and what responsive documents Plaintiff believes have not yet been produced, as well as each party's current position regarding those document requests and documents.  (This joint statement should be organized by document request.)  From the opposition and reply papers filed to date, it appears further production has been or is about to be made.  Thus, it will best serve judicial efficiency for Defendant to complete production of those documents it agrees to produce (which it should do no later than June 30, 2009), and for Plaintiff to review those documents and report back to the court before the court hears this motion.

Dated: *6/26/09*

                                           *Patricia V. Trumbull*
                                  PATRICIA V. TRUMBULL
                                  United States Magistrate Judge