1  DAVID M. WALSH (SB# 120761)
   GEOFFREY T. STOVER (SB# 211715)
2  MELANIE A. FULL (SB# 253586)
   PAUL, HASTINGS, JANOFSKY & WALKER LLP
3  515 South Flower Street
   Twenty-Fifth Floor
4  Los Angeles, CA 90071-2228
   Telephone: (213) 683-6000
5  Facsimile: (213) 627-0705
   davidwalsh@paulhastings.com
6  geoffstover@paulhastings.com
   melaniefull@paulhastings.com
7
   ROBIN J. SAMUEL (SB# 173090)
8  LAURA M. WILSON (SB# 246522)
   HOGAN & HARTSON LLP
9  1999 Avenue of the Stars, Suite 1400
   Los Angeles, CA 90067
10 Telephone: (310) 785-4600
   Facsimile: (310) 785-4601
11 RJSamuel@hhlaw.com
   LMWilson@hhlaw.com
12
   Attorneys for Defendant
13 OFFICE DEPOT, INC.

*E-FILED - 8/11/09*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARY SANBROOK, on behalf of herself and all others situated,<br><br>Plaintiffs,<br><br>vs.<br><br>OFFICE DEPOT, INC., a corporation and DOES 1-20,<br><br>Defendants. | CASE NO. C 07-05938 RMW<br><br>SUBSTITUTION OF ATTORNEYS AND [PROPOSED] ORDER<br><br>Judge: Hon. Ronald M. Whyte |

Case No. C 07-05938 RMW

SUBSTITUTION OF ATTORNEYS AND [PROPOSED] ORDER

1  Defendant Office Depot, Inc. hereby substitutes attorneys Paul T. Hourihan and Beth A.
2  Levene of Williams & Connolly LLP, 725 Twelfth St., N.W., Washington, DC 20005,
3  phone: (202) 434-5169, fax: (202) 434-5029, in place of its attorney of record David M. Walsh
4  of Paul, Hastings, Janofsky & Walker LLP, whose address is 515 South Flower Street, Twenty-
5  Fifth Floor, Los Angeles, California 90071; (213) 683-6000.

DATED:                           OFFICE DEPOT, INC.

_____
STEPHEN R. CALKINS

I consent to the foregoing substitution.

DATED: June 23, 2009

PAUL, HASTINGS, JANOFSKY & WALKER LLP
DAVID M. WALSH
GEOFFREY T. STOVER

By: _____
DAVID M. WALSH

Attorney for Defendant
OFFICE DEPOT, INC.

DATED: 7/20/09

WILLIAMS & CONNOLLY LLP
PAUL T. HOURIHAN
BETH A. LEVENE

By: _____
BETH A. LEVENE

Attorney for Defendant
OFFICE DEPOT, INC.

**ORDER**

IT IS SO ORDERED

DATED: 8/11/09

_____
Ronald M. Whyte
JUDGE OF THE UNITED STATES DISTRICT COURT

LEGAL_US_W # 62064432.1

Case No. C 07-05938 RMW           -3-           SUBSTITUTION OF ATTORNEYS AND
                                                [PROPOSED] ORDER