Barbara Quinn Smith (Pro Hac Vice)
Maddox Hargett & Caruso, PC
9853 Johnnycake Ridge Road
Suite 302
Mentor, OH 44060
Phone: 440-354-4010
Fax:  440-848-8175
Email: BQSmith@mhclaw.com

Attorneys for Named Plaintiff and the Class

Daniel F. Katz (Pro Hac Vice)
Paul T. Hourihan  (Pro Hac Vice)
Beth A. Levene  (Pro Hac Vice)
**WILLIAMS & CONNOLLY LLP**
725 12th Street N.W.
Washington, DC  20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029

Counsel for Office Depot

*E-FILED - 12/23/09*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY SANBROOK, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br>vs.<br><br>OFFICE DEPOT, INC., a corporation and DOES 1-20,<br><br>Defendants. | Case No:  C 07-05938 RMW<br><br>Judge: Hon. Ronald M. Whyte<br><br>**STIPULATION AND []<br>ORDER STAYING ACTION** |

Plaintiff MARY SANBROOK ("Plaintiff") and Defendant OFFICE DEPOT, INC. (hereinafter "Office Depot" or "Defendant") (collectively, the "Parties"), by and through their undersigned counsel, hereby notify the Court that on December 15, 2009, the Parties entered into a Memorandum of Understanding, stemming from a mediation that took place on October 21, 2009, setting forth the basic terms of a proposed class action settlement agreement in the above-entitled

action.  Accordingly, pursuant to Northern District Civil Local Rule 6-2[1], the Parties hereby request that the Court immediately toll all deadlines and proceedings in this action until the earlier of the following events:

   1. The Court refuses to approve a proposed class action settlement agreement that the Parties jointly submit to the Court; or

   2. One of the Parties informs the other in writing that their efforts to settle this action have failed.

The Parties agree that if they should fail to successfully finalize and completely execute a proposed class action settlement agreement to be jointly submitted to the Court for its preliminary and final approval, they shall immediately notify the Court that their settlement efforts were unsuccessful and they shall immediately resume litigating this action according to a schedule to be established by the Court and in accordance with the Federal Rules of Civil Procedure.  There is good cause for the Court to stay all proceedings in this matter as requested herein.

   This litigation is likely to be concluded in a just and expeditious manner if the Parties are successful in their efforts to negotiate a proposed class actions settlement.  Additionally, regardless of the outcome of the settlement negotiations, an immediate stay of all proceedings to enable Parties to attempt to finalize a proposed class action settlement agreement will have no negative effect on the Court's ability to effectively and efficiently manage this action.

---

[1] The following previous time modifications have occurred in this case: (1) March 14, 2008 two-week extension granted to Office Depot as to its Initial Disclosures; (2) June 12, 2008 extension of time for Office Depot to answer Plaintiff's complaint; (3) November 25, 2008 continuation of hearing on Office Depot's Motion for Summary Judgment continued to be heard concurrently with Plaintiff's Motion for Class Certification; (4) January 20, 2009 continuation of Class Certification Hearing for approximately one month; (5) May 7, 2009 extension for 45 days of deadlines in Case Management Order; (6) September 11, 2009 extension of deadlines in Case Management Order.

Accordingly, the Parties request that the Court schedule a case status conference for January 29, 2009.  The Parties presently intend that in advance thereof, they will jointly move for preliminary approval of a proposed class action settlement agreement.  In the event they so move, they will simultaneously request that the Court treat the case status conference as a preliminary approval hearing.

Nothing herein shall serve as a waiver of any party's claims or defenses in this matter.

**IT IS SO STIPULATED:**

DATED: December 21, 2009                     Respectfully submitted,

   /s/Barbara Quinn Smith_____
Barbara Quinn Smith (Ohio Bar 0055328)
(admitted *pro hac vice*)
**MADDOX HARGETT & CARUSO**
9853 Johnnycake Ridge Road
Suite 302
Mentor, OH 44060
Telephone: 440-354-4010
Facsimile: 440-848-8175

Scott R, Kaufman, SBN 190129
**CALIFORNIA LEMON LAWYERS**
1400 Coleman Ave Suite C-14
Santa Clara, CA 95050
Telephone: (408) 727-8882
Facsimile:  (408) 727-8883

Thomas A. Hargett (Indiana Bar 11252-49)
(admitted *pro hac vice*)
Thomas K. Caldwell (Indiana Bar 16001-49
(admitted *pro hac vice*)
**MADDOX HARGETT & CARUSO**
10100 Lantern Road
Suite 150
Fishers, IN 46038
Telephone: 317-598-2040
Facsimile: 317-598-2050

        Marnie Lambert (SBN 165019)
**DAVID P. MEYER & ASSOCIATES, CO., LPA**
1320 Dublin Road, Suite 100
Columbus, Ohio 43215
Telephone:  (614) 224-6000
Facsimile:  (614) 224-6066

ATTORNEYS FOR PLAINTIFF


COUNSEL FOR OFFICE DEPOT, INC.

/s/ Paul T. Hourihan_____
Daniel F. Katz (admitted Pro Hac Vice)
Paul T. Hourihan (admitted Pro Hac Vice)
Beth A. Levene (admitted Pro Hac Vice)
**WILLIAMS & CONNOLLY LLP**
725 12th Street N.W.
Washington, DC  20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: December __23__, 2009

_____
Hon. Ronald M. Whyte
United States District Court Judge

**CERTIFICATE OF SERVICE**

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on December 21, 2009.

Dated:  December 21, 2009              Respectfully submitted,

                                       /s/ Barbara Quinn Smith
                                       Barbara Quinn Smith