Barbara Quinn Smith (Pro Hac Vice)
Maddox Hargett & Caruso, PC
9853 Johnnycake Ridge Road
Suite 302
Mentor, OH 44060
Phone: 440-354-4010
Fax: 440-848-8175
Email: BQSmith@mhclaw.com

Attorneys for Named Plaintiff and the Class (Additional Counsel Below)

Daniel F. Katz (Pro Hac Vice)
Paul T. Hourihan (Pro Hac Vice)
Beth A. Levene (Pro Hac Vice)
**WILLIAMS & CONNOLLY LLP**
725 12th Street N.W.
Washington, DC 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029

Counsel for Office Depot

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY SANBROOK, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br>vs.<br><br>OFFICE DEPOT, INC., a corporation and DOES 1-20,<br><br>Defendants. | Case No: C 07-05938 RMW<br><br>Judge: Hon. Ronald M. Whyte<br><br>**STATUS REPORT** |

Plaintiff MARY SANBROOK ("Plaintiff") and Defendant OFFICE DEPOT, INC. (hereinafter "Office Depot" or "Defendant") (collectively, the "Parties"), by and through their undersigned counsel, wish to update the Court on their progress toward settlement.

On or about December 21, 2009, the parties filed a Stipulation of Stay and Proposed Order Staying the Action informing the Court that a Memorandum of Understanding had been executed by the parties and requesting that a status conference be scheduled for January 29, 2010.

The parties have continued to work toward finalizing settlement documents, and expect to file a Motion for Preliminary Approval with the Court early next week. This status report is being submitted to advise the Court that the parties wish to withdraw their request for a status conference on January 29 (the matter has not yet been calendared by the Court) and instead intend to request a Preliminary Approval hearing date of February 12, 2010.

**IT IS SO STIPULATED:**

DATED: January 28, 2010          Respectfully submitted,

                                      __/s/Barbara Quinn Smith_____
Barbara Quinn Smith (Ohio Bar 0055328)
(admitted *pro hac vice*)
**MADDOX HARGETT & CARUSO**
9853 Johnnycake Ridge Road
Suite 302
Mentor, OH 44060
Telephone: 440-354-4010
Facsimile: 440-848-8175

Scott R, Kaufman, SBN 190129
**CALIFORNIA LEMON LAWYERS**
1400 Coleman Ave Suite C-14
Santa Clara, CA 95050
Telephone: (408) 727-8882
Facsimile: (408) 727-8883

Thomas A. Hargett (Indiana Bar 11252-49)
(admitted *pro hac vice*)
Thomas K. Caldwell (Indiana Bar 16001-49
(admitted *pro hac vice*)
**MADDOX HARGETT & CARUSO**
10100 Lantern Road
Suite 150
Fishers, IN 46038
Telephone: 317-598-2040
Facsimile: 317-598-2050

| | |
|---|---|
| 1 | Marnie Lambert (SBN 165019) |
| 2 | **DAVID P. MEYER & ASSOCIATES, CO., LPA**<br>1320 Dublin Road, Suite 100 |
| 3 | Columbus, Ohio 43215<br>Telephone: (614) 224-6000 |
| 4 | Facsimile: (614) 224-6066 |
| 5 | ATTORNEYS FOR PLAINTIFF |
| 6 | |
| 7 | COUNSEL FOR OFFICE DEPOT, INC. |
| 8 | /s/ Paul T. Hourihan |
| 9 | Daniel F. Katz (admitted Pro Hac Vice)<br>Paul T. Hourihan (admitted Pro Hac Vice) |
| 10 | Beth A. Levene (admitted Pro Hac Vice) |
| 11 | **WILLIAMS & CONNOLLY LLP**<br>725 12th Street N.W. |
| 12 | Washington, DC 20005<br>Telephone: (202) 434-5000 |
| 13 | Facsimile: (202) 434-5029 |

### **CERTIFICATE OF SERVICE**

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on January 28, 2010.

Dated: January 28, 2010                              Respectfully submitted,

                                                                       /s/ Barbara Quinn Smith
                                                                       Barbara Quinn Smith