Barbara Quinn Smith (admitted pro hac vice)
Maddox Hargett & Caruso, PC
9853 Johnnycake Ridge Road, Suite 302
Mentor, OH 44060
Phone: 440-354-4010
Fax:  440-848-8175
Email: bqsmith@mhclaw.com

Class Counsel

Paul T. Hourihan (admitted pro hac vice)
Beth A. Levene (admitted pro hac vice)
Williams & Connolly LLP
725 Twelfth St., N.W.
Washington, DC  20005
Tel.: (202) 434-5000
Fax: (202) 434-5029
Email: phourihan@wc.com
           blevene@wc.com

Counsel for Defendant

(Additional Counsel Listed Below)

*E-FILED - 4/15/10*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY SANBROOK, on behalf of herself and all others similarly situated,<br><br>            Plaintiff,<br>     vs.<br><br>OFFICE DEPOT, INC., a corporation and DOES 1-20,<br><br>            Defendants. | Case No:  C 07-05938 RMW<br><br><br>Judge: Hon. Ronald M. Whyte<br><br>**STIPULATED MOTION TO AMEND ORDER PRELIMINARILY APPROVING CLASS ACTION SETTLEMENT AND ORDER** |

    The parties to this action hereby stipulate and move jointly to request an amendment to the Court's March 15, 2010, Order Preliminarily Approving Class Action Settlement ("Preliminary Approval Order"), in order to modify the period in which publication notice must occur.  The reason an amendment is necessary is that Defendant Office Depot, Inc. ("Office Depot"), has learned from the third-party settlement administrator that the class notice to be published on two Sundays in Parade Magazine and USA Weekend can be published no earlier than April 18, 2010,

and April 25, 2010, which dates are outside the thirty-day notice period set forth in the Class Action Settlement Agreement and the Preliminary Approval Order. Office Depot and Named Plaintiff agree that a reasonably short extension of the class notice period for publication notice is in the best interests of justice and will not prejudice the class in any way.

Accordingly, the parties hereby stipulate and agree that Paragraph 10 of the Preliminary Approval Order should be amended, *nunc pro tunc*, to read:

> 10.     Office Depot shall provide notice to the class in the form attached hereto as Exhibits 1 and 2 and in accordance with the class notice procedures set forth in the Settlement Agreement. With respect to mailed notice, notice shall be sent to those potential class members for whom Office Depot has contact information within thirty days of the entry of this Order. With respect to publication notice, notice shall be published in Parade Magazine or USA Weekend, as distributed in California newspapers (a current list of which newspapers is attached to this Order as Exhibit 3), within forty-five days of the entry of this Order.

DATED: March 22, 2010                                      Respectfully submitted,

__/s/Barbara Quinn Smith__                                 __/s/Beth A. Levene__
Barbara Quinn Smith (Ohio Bar 0055328)                     Paul T. Hourihan
(admitted *pro hac vice)*                                  (admitted *pro hac vice*)
**MADDOX HARGETT & CARUSO, P.C.**                          Beth A. Levene
9853 Johnnycake Ridge Road                                 (admitted *pro hac vice*)
Suite 302                                                  **WILLIAMS & CONNOLLY LLP**
Mentor, OH 44060                                           725 Twelfth St. NW
Telephone: 440-354-4010                                    Washington, DC  20005
Facsimile: 440-848-8175                                    Telephone:  202-434-5000
                                                           Facsimile:  202-434-5029
Scott R, Kaufman, SBN 190129
**CALIFORNIA LEMON LAWYERS**                               Robin J. Samuel (SBN 173090)
1400 Coleman Ave., Suite F-26                              Laura M. Wilson (SBN 246522)
Santa Clara, CA 95050                                      **HOGAN & HARTSON LLP**
Telephone: (408) 727-8882                                  1999 Avenue of the Stars, Suite 1400
Facsimile:  (408) 727-8883                                 Los Angeles, CA  90067
                                                           Tel.:  (310) 785-4600
                                                           Fax:  (310) 785-4601

                                                           **COUNSEL FOR DEFENDANT**

1  Thomas A. Hargett (Indiana Bar 11252-49)
   (admitted *pro hac vice*)
2  Thomas K. Caldwell (Indiana Bar 16001-49
   (admitted *pro hac vice*)
3  **MADDOX HARGETT & CARUSO**
4  10100 Lantern Road
   Suite 150
5  Fishers, IN 46038
   Telephone: 317-598-2040
6  Facsimile: 317-598-2050
7
   Marnie Lambert (SBN 165019)
8  **DAVID P. MEYER & ASSOCIATES, CO.,**
   **LPA**
9  1320 Dublin Road, Suite 100
10 Columbus, Ohio 43215
   Telephone:  (614) 224-6000
11 Facsimile:  (614) 224-6066
12
   **CLASS COUNSEL**
13
14
15 **PURSUANT TO STIPULATION, IT IS SO ORDERED** this __15_ day of __April____, 2010**.**
16
17          *Ronald M. Whyte*
18          _____
            RONALD M. WHYTE
19          United States District Judge
20
21 Copies to:
22 Daniel F. Katz, Esq.
   Paul T. Hourihan, Esq.
23 Thomas A. Hargett, Esq.
   Barbara Quinn Smith, Esq.
24 Marnie Lambert, Esq.
25 Scott R. Kaufman, Esq.
26
27
28

STIPULATED MOTION TO AMEND ORDER PRELIMINARILY APPROVING CLASS ACTION SETTLEMENT
07-CV- 05938-RMW

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |

2   I hereby certify that this document(s) filed through the ECF system will be sent
3   electronically to the registered participants as identified on the Notice of Electronic Filing (NEF)
    and paper copies will be sent to those indicated as non registered participants on March 22, 2010.
4

Dated:  March 22, 2010                    Respectfully submitted,
5
                                          /s/ Beth A. Levene____
6                                         Beth A. Levene

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATED MOTION TO AMEND ORDER PRELIMINARILY APPROVING CLASS ACTION SETTLEMENT
07-CV- 05938-RMW