Barbara Quinn Smith (Ohio Bar 0055328)
(admitted *pro hac vice*)
9853 Johnnycake Ridge Road, Suite 302
Mentor, OH 44060
Telephone: 440-354-4010
Facsimile: 440-848-8175
bqsmith@mhclaw.com

Additional counsel listed below

*Attorneys for Plaintiff and the Settlement Class*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| MARY SANBROOK, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br>vs.<br><br>OFFICE DEPOT, INC., a corporation, and DOES 1-20,<br><br>Defendants. | Case No. C 07-05938 RMW (PVT)<br><br>JUDGE RONALD M. WHYTE<br><br>**SUPPLEMENT TO MEMORANDUM IN SUPPORT OF PLAINTIFF'S REQUEST FOR ATTORNEYS' FEES AND EXPENSES**<br><br>Date: July 23, 2010<br>Time: 9:00 am<br>Courtroom: 6, 4TH Floor |

## INTRODUCTION

Named Plaintiff previously requested an award of attorneys' fees and costs totaling $2,275,000. The requested amount of $2,275,000 is inclusive of both attorneys' fees and litigation costs, and will be paid, subject to the Court's approval, by Office Depot, Inc. ("Office Depot"), separately from and in addition to (and not out of) the relief made available to the Class.

Since filing the request for attorney fees, Class Counsel has devoted significant time to the administration of the settlement. Specifically, we have spoken by telephone with approximately 450 class members (in both English and Spanish); have responded to approximately 45 email requests for information from Class Members, and have had written correspondence with another 40 class members. In addition, we have handled claims that were misdirected to our offices, and worked with both opposing counsel and the Third Party Administrator to resolve various settlement issues.

As a result of this work, we have devoted an additional 358 hours to the litigation (for a total of 4,981.41), and incurred an additional $5,213.86 in expenses. As of July 12, 2010, Class Counsel's lodestar totals 1,677,004.25. Declarations of Barbara Quinn Smith, Matthew R. Wilson and Scott Kaufman summarizing hours and expenses incurred to date have been filed contemporaneously herewith.

After reimbursement of $98,149 in costs, the remainder for fees is $2,176,850. Thus, the requested fee amounts to a modest 1.29 multiplier on Class Counsel's combined lodestar. The average hourly rate for the legal services performed by Class Counsel is $336.

As discussed in our original memorandum, this request for attorneys' fees and costs is squarely supported by the lodestar method of calculating attorneys' fees recognized under Ninth Circuit and California law. The fee request is exceedingly reasonable in light of (1) the fact that the lawsuit resulted in a significant change in the type of information made available to purchasers of the PPP at the point of sale and (2) the amount of work necessary to achieve the outstanding result Class Counsel obtained for the Class, which provides for *cash* refunds, in amounts depending on the level of relief to which they are qualified, for any Class member who

submits a qualified claim. For all of the reasons stated herein and in our original memorandum, Plaintiff respectfully requests that this Court grant Plaintiff's Motion for Attorney Fees.

Dated: July 16, 2010                  Respectfully Submitted,

By:    /sBarbara Quinn Smith
       Barbara Quinn Smith

Barbara Quinn Smith (Ohio Bar 0055328)
(admitted *pro hac vice)*
9853 Johnnycake Ridge Road, Suite 302
Mentor, OH 44060
Telephone: 440-354-4010
Facsimile: 440-848-8175

Scott R. Kaufman, SBN 190129
**CALIFORNIA LEMON LAWYERS**
1400 Coleman Ave Suite C-14
Santa Clara, CA 95050
Telephone: (408) 727-8882
Facsimile: (408) 727-8883

Thomas A. Hargett (Indiana Bar 11252-49)
(admitted *pro hac vice)*
Thomas K. Caldwell (Indiana Bar 16001-49
(admitted *pro hac vice)*
**MADDOX HARGETT & CARUSO**
10100 Lantern Road
Suite 150
Fishers, IN 46037
Telephone: 317-598-2040
Facsimile: 317-598-2050

Marnie Lambert (SBN 165019)
Matthew R. Wilson (Ohio Bar 0072925)
(admitted *pro hac vice)*
**DAVID P. MEYER & ASSOCIATES, CO., LPA**
1320 Dublin Road, Suite 100
Columbus, Ohio 43215
Telephone: (614) 224-6000
Facsimile: (614) 224-6066

*Attorneys for Plaintiff and the Settlement Class*

## CERTIFICATE OF SERVICE

This is to certify that on July 16, 2010, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, which will automatically send email notification of such filing to the attorneys of record.

                              ___/s/ Barbara Quinn Smith_____
                              Attorney for Plaintiff