Barbara Quinn Smith (Ohio Bar 0055328)
(admitted *pro hac vice*)
9853 Johnnycake Ridge Road, Suite 302
Mentor, OH 44060
Telephone: 440-354-4010
Facsimile: 440-848-8175
bqsmith@mhclaw.com

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| MARY SANBROOK, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br>vs.<br><br>OFFICE DEPOT, INC., a corporation, and DOES 1-20,<br><br>Defendants. | Case No. C 07-05938 RMW (PVT)<br><br>**DECLARATION OF MATTHEW R. WILSON**<br><br>Date: July 23, 2010<br>Time: 9:00 am<br>Courtroom: 6, 4TH Floor<br>Judge: Hon. Ronald M. Whyte |

I, Matthew R. Wilson, declare as follows:

1. I am an adult of sound mind, over twenty-one (21) years of age, and make this statement under oath based on my own personal knowledge.

2. I have been licensed to practice law in the state of Ohio since 2000. I am an attorney with the law firm of David P. Meyer & Associates Co., LPA in Columbus, Ohio. My practice is focused on prosecuting consumer class actions.

3. My firm represents the Plaintiff in this case.

4. The total number of hours expended in this action by my firm as of July 12, 2010 is 1026.01 hours. The total lodestar for my firm as of that date is $350,783.25. Annexed hereto is a summary of the time and expenses incurred by my firm during this case. Detailed billing records are maintained in my office and will be made available to the Court for *in camera* review upon request.

9. My firm incurred $7,411.27 in unreimbursed expenses in connection with the prosecution of this case. The expenses incurred in this case are reflected in the books and records of my firm. These books and records are prepared from expense vouchers, receipts and check records, and are an accurate record of the expenses incurred. These records will be made available to the Court upon request.

Executed this 15th day of July, 2010, at Columbus, Ohio.

\_\_\_/s/ Matthew R. Wilson_____
Matthew R. Wilson

**CERTIFICATE OF SERVICE**

This is to certify that on July 15, 2010, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, which will automatically send email notification of such filing to the attorneys of record.

\_\_\_/s/ Barbara Quinn Smith_____
Attorney for Plaintiff



## Summary of Time Records and Expenses for Office Depot Class Action
## from June 1, 2007 – July 2, 2010

| NAME | TITLE | DATE | RATE ($) | HOURS | TOTAL ($) |
|---|---|---|---|---|---|
| David P. Meyer | Attorney | 6/01/07 to current | 500.00 | 224.75 | 112,375.00 |
| Marnie Lambert | Attorney | 6/01/07 to current | 400.00 | 84.60 | 33,840.00 |
| Matthew Wilson | Attorney | 6/01/07 to current | 350.00 | 337.05 | 116,240.00 |
| Carl Muller | Attorney | 6/01/07 to current | 300.00 | 117.75 | 35,325.00 |
| Dustin Arnette | Attorney | 6/01/07 to current | 250.00 | 25.9 | 6,475.00 |
| Bridget Wasson | Attorney | 6/01/07 to current | 250.00 | 18.75 | 4,867.50 |
| Shelly Coffman | Senior Paralegal | 6/01/07 to current | 200.00 | 193.46 | 38,692.00 |
| LeeAnn Corl | Paralegal | 6/01/07 to current | 125.00 | 10.40 | 1,300.00 |
| Shara Celi | Paralegal | 6/01/07 to current | 125.00 | 13.35 | 1,668.75 |
| | | **TOTAL** | | **1026.01** | **$350,783.25** |

Average Billable Rate: $ 341.89
Case Expenses: $7,411.27

**TOTAL FEES AND EXPENSES**     **$358,194.52**