1  Barbara Quinn Smith (Ohio Bar 0055328)
   (admitted *pro hac vice*)
2  9853 Johnnycake Ridge Road, Suite 302
   Mentor, OH 44060
3  Telephone: 440-354-4010
4  Facsimile: 440-848-8175
   bqsmith@mhclaw.com
5

6
7                    UNITED STATES DISTRICT COURT
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
8                            SAN JOSE DIVISION

9  MARY SANBROOK, on behalf of herself   )
   and all others similarly situated,    )  Case No. C 07-05938 RMW (PVT)
10                                        )
                   Plaintiffs,            )  **DECLARATION OF BARBARA QUINN**
11         vs.                            )  **SMITH**
                                          )
12 OFFICE DEPOT, INC., a corporation, and )  Date: July 23, 2010
   DOES 1-20,                             )  Time: 9:00 am
13                                        )  Courtroom: 6, 4TH Floor
                   Defendants.            )  Judge: Hon. Ronald M. Whyte
14                                        )
                                          )
15 ─────────────────────────────────────  )

16         I, Barbara Quinn Smith, declare as follows:

17         1.      I am an adult of sound mind, over twenty-one (21) years of age, and make this

18 statement under oath based on my own personal knowledge.

19         2.      I have been licensed to practice law in the state of Ohio since 1991.  I am an

20 attorney with the law firm of Maddox Hargett Caruso in Cleveland, Ohio.

21         3.      My firm represents the Plaintiff in this case.

22         4.      Annexed hereto is a detail of the time incurred by my firm during this case,

23 through July 26, 2010.  These records are maintained in my office and are kept in the ordinary

24 course of business.

5. Some information has been redacted from these records in order to preserve confidential information or information that is otherwise subject to the work product privilege.

Executed this 27th day of July, 2010, at Mentor, Ohio.

                                                               /s/ Barbara Quinn Smith
                                                               Barbara Quinn Smith

## CERTIFICATE OF SERVICE

This is to certify that on July 27, 2010, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, which will automatically send email notification of such filing to the attorneys of record.

                                                               /s/ Barbara Quinn Smith
                                                               Attorney for Plaintiff