UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARY SANBROOK, on behalf of herself and all others similarly situated,<br><br>　　　　　　Plaintiffs,<br>　vs.<br><br>OFFICE DEPOT, INC.,<br><br>　　　　　　Defendant. | Case No. C 07-05938 RMW (PVT)<br><br>Judge: Hon. Ronald M. Whyte |

### ORDER APPROVING CLASS ACTION SETTLEMENT

**WHEREAS** the parties to the above-captioned litigation (the "Litigation"), have moved pursuant to Federal Rule of Civil Procedure 23(e) for an order approving the proposed settlement of the Litigation in accordance with the parties' Class Action Settlement Agreement dated February 1, 2010, as filed with the Court (the "Settlement Agreement"), which (a) sets forth the terms and conditions for the proposed settlement of the Litigation; (b) specifies a Settlement Class; and (c) provides for notice of the proposed Settlement to potential members of the Settlement Class.

**WHEREAS**, the Court has considered the Settlement Agreement and accompanying documents; and

**WHEREAS**, all parties have consented to the entry of this Order;

**IT IS HEREBY ORDERED THAT:**

1.　The capitalized terms used in this Order have the same meaning as those defined in the Settlement Agreement.

2. The Court has reviewed the Settlement Agreement, and finds that the proposed Settlement is the product of informed, arm's-length negotiation by counsel and is otherwise fair, adequate, and reasonable. The parties shall perform all necessary actions to consummate the Settlement Agreement according to its terms.

3. The Court finds that the form and manner of class notice (i) constituted reasonable and the best practicable notice; (ii) constituted notice that is reasonably calculated, under the circumstances, to apprise potential class members of the pendency of the Litigation, the terms of the proposed Settlement, the right to object to or exclude themselves from the proposed Settlement, and the right to appear at the Final Fairness Hearing; (iii) constituted due, adequate, and sufficient notice to all persons entitled to receive notice; and (iv) met the requirements of state and federal due process, the Federal Rules of Civil Procedure, and any other applicable state and/or federal laws;

4. Members of the Settlement Class who opted out of the Settlement in accordance with the procedure set forth in the Settlement Agreement shall be excluded from the Settlement Class and will not be entitled to any benefit under the Settlement Agreement.  A list of those Class Members who opted out of the Settlement is attached hereto as Exhibit A.

5. All Members of the Settlement Class who have not opted out of the Settlement are hereby bound by the terms of the Settlement Agreement, including the release provisions and covenant not to sue. The release provisions set forth in paragraphs 19 through 25 of the Settlement Agreement are incorporated herein, and any claims or liabilities related to the Litigation, or any Released Claims, by Members of the Settlement Class against the Released Parties are forever barred.

6. Judgment is hereby entered in accordance with the terms of the Settlement Agreement, to wit: (i) all individual and class claims asserted in the Litigation that relate to PPPs purchased before October 12, 2007 are hereby dismissed **with prejudice**, and the Court directs entry of final judgment as

to these claims against based upon the Court's determination that there is no just reason for delay for the entry of such judgment; (ii) all individual and class claims asserted in the Litigation that relate to PPPs purchased on or after October 12, 2007 are hereby dismissed **without prejudice**; and (iii) no costs or fees shall be assessed on either party beyond the attorneys' fees and expenses and incentive award to the Named Plaintiff described in the settlement agreement.

7.  Without affecting the finality of this Judgment in any way, the Court shall retain jurisdiction of all matters relating to the interpretation, administration, implementation, and enforcement of this Settlement Agreement.

**SO ORDERED** this __23rd__ day of ____November_____, 2010.

*Ronald M. Whyte*
_____
RONALD M. WHYTE
United States District Judge

Sanbrook v. Office Depot, Inc.

Exhibit A: List of Opt Outs

| count | Document Number | Name | Representative Name (if applicable) | City | State |
|---|---|---|---|---|---|
| 1 | 1 | LOUISE MARTINEZ | | SACRAMENTO | CA |
| 2 | 2 | DORIS SENCENBAUGH | | PALO ALTO | CA |
| 3 | 3 | ROBERTA STELFOX | | DIAMOND SPGS | CA |
| 4 | 4 | D.I. CONSTRUCTION | MARY HAHN | VENTURA | CA |
| 5 | 5 | TARGET | VANESSA TOSCH | CASTLE ROCK | CO |
| 6 | 6 | IMAGINATIONS SIDE BY SIDE | MARIE DAWSON | FORT COLLINS | CO |
| 7 | 7 | CARMEL DUCA | | LOS ANGELES | CA |
| 8 | 8 | CHRISTINE BLAYLOCK | | SANTEE | CA |
| 9 | 9 | THE VILLAGES | NOREEN BETTEN | SAN JOSE | CA |
| 10 | 10 | PAUL BETTEN | | SAN JOSE | CA |
| 11 | 11 | ARNOLD D KUSLER | | PALM DESERT | CA |
| 12 | 12 | ELAINE CLEGG | | SPRING VALLEY | CA |
| 13 | 13 | KATHY ABRAHAMS | | SYLMAR | CA |
| 14 | 14 | SHAROL MULLICANE | | GLENDORA | CA |
| 15 | 15 | JAMES ENGLESE | | NEWARK | CA |
| 16 | 16 | ISABEL LOPEZ | | OAKLAND | CA |
| 17 | 17 | FAITH CHENG | | DANVILLE | CA |
| 18 | 18 | ORLA BROWN | | LA MESA | CA |
| 19 | 20 | BETTY MCBRYDE | | GLENDALE | CA |
| 20 | 21 | PHILIP HALABI | | IRVINE | CA |
| 21 | 22 | RICHARD MANZER | | PALM DESERT | CA |
| 22 | 23 | MERCEDITA TIMTIMAN | | SAN DIEGO | CA |
| 23 | 24 | DIANE HOLMBERG | | ORANGE | CA |
| 24 | 25 | JOSE RODRIGUEZ | | LA HABRA | CA |
| 25 | 26 | JOSE FRANCO | | HAWTHORNE | CA |
| 26 | 27 | CAROL MANDRA | | CHULA VISTA | CA |
| 27 | 28 | BETTY LEONARD | | BLOOMINGTON | IN |
| 28 | 29 | KRIS MARTIN | | SAN MATEO | CA |
| 29 | 30 | AVENUE AUTO SERVICE | DENNIS DAMICO | SAN CARLOS | CA |
| 30 | 31 | KATHLEEN MEHRTEN | | FRESNO | CA |
| 31 | 32 | LLOYD SHAFFER | | SACRAMENTO | CA |
| 32 | 33 | FLORENCE PAGLIASSOTTI | | HUNTINGTN BCH | CA |
| 33 | 34 | JOAN BUTLER | | SACRAMENTO | CA |
| 34 | 35 | MICHIYO KAWACHI MD | | BERKELEY | CA |
| 35 | 36 | CAROL LOWE | | WESTLAKE VLG | CA |
| 36 | 37 | JANICE MC MILLAN | | SAN DIEGO | CA |
| 37 | 38 | BEVERLY JOHNSON | | LOS ANGELES | CA |
| 38 | 39 | JEAN HENDRICKS | | BUCKEYE | AZ |
| 39 | 40 | LORENZO GONZALEZ | | CHULA VISTA | CA |
| 40 | 41 | EVA OTTOSSON | | RIDGEWOOD | NJ |
| 41 | 42 | SEA CLIFF COUNTRY CLUB | PATRICIA MSILI | HUNTINGTN BCH | CA |
| 42 | 43 | AUDREY FREUDBERG | | LOS ANGELES | CA |
| 43 | 44 | GERALD FAWLEY | | SEBRING | FL |
| 44 | 45 | GRISELDA PENA | | CARSON | CA |

Sanbrook v. Office Depot, Inc.
Exhibit A: List of Opt Outs

| count | Document Number | Name | Representative Name (if applicable) | City | State |
|---|---|---|---|---|---|
| 45 | 46 | SAINT KIERAN | LYNN RICHARDSON | EL CAJON | CA |
| 46 | 47 | DEBBIE BAILEY | | LA QUINTA | CA |
| 47 | 48 | ELSIE ELLSWORTH | | YUBA CITY | CA |
| 48 | 49 | KATHY HART | | PASADENA | CA |
| 49 | 50 | SHIRLEY M VALENTINI | | SACRAMENTO | CA |
| 50 | 51 | NADINE CLAUSEN | | ROSEVILLE | CA |
| 51 | 52 | MARIE CAIN | | VISALIA | CA |
| 52 | 53 | WEST COAST AQUATICS | DEBRA JOHNSTON | THOUSAND OAKS | CA |
| 53 | 54 | MONIQUE ADAM | | OAKLAND | CA |
| 54 | 55 | ROSTON COMPANY | CYNTHIA MAHER | ESCONDIDO | CA |
| 55 | 56 | TARRANT EDDIE | | SPRING VALLEY | CA |
| 56 | 57 | BORDER PRO LOGISTICS | OSCAR MAYER | SAN DIEGO | CA |
| 57 | 58 | TERESA BAMBAO | | LOS ANGELES | CA |
| 58 | 59 | JEANNETTE ANAYA | | LOS ANGELES | CA |
| 59 | 60 | KATHY DE FEVER | | COBB | CA |
| 60 | 61 | MARY JOHNSON | | ELK GROVE | CA |
| 61 | 62 | ST. KIERAN SCHOOL | PATRICIA PROVO | EL CAJON | CA |
| 62 | 63 | THE SHELL GUY OF NEWPORT | TERRY BEATTIE | NEWPORT BEACH | CA |
| 63 | 64 | CLARICE BRIONES | | LA PUENTE | CA |
| 64 | 65 | ROBERT BRANSON | | LAKEWOOD | CA |
| 65 | 66 | SAMI KOUDMANI | | SAN DIEGO | CA |
| 66 | 67 | MAURA MCLOUGHLIN | | OAKLAND | CA |
| 67 | 68 | DONNA BRANSON | | LAKEWOOD | CA |
| 68 | 69 | SAMIT PATEL | | CORONA | CA |
| 69 | 70 | KAREN WILSON | | MISSION HILLS | CA |
| 70 | 71 | LAVONNE STEWART | | SOUTH SAN FANCISCO | CA |
| 71 | 72 | LINDA GAGLIANI | | LOS ALTOS | CA |
| 72 | 73 | SUZANNE MERRIMAN | | SUN CITY | CA |
| 73 | 74 | RICHARD CHAO | | HUNTINGTN BCH | CA |
| 74 | 75 | MARILYN FICHT | | LOS ANGELES | CA |
| 75 | 76 | STANLEY A TURNER | | MOUNTAIN VIEW | CA |
| 76 | 77 | PEGGY BLAVK | | YUBA CITY | CA |
| 77 | 78 | HARRIS NOTARYS | | LOS GATOS | CA |
| 78 | 79 | ANA CHIONG | | SAN FRANCISCO | CA |
| 79 | 80 | BRYCE A NICHOLS | | YUBA CITY | CA |
| 80 | 81 | SCOTT MILLER AND CHRYS MILLER | | SALINAS | CA |
| 81 | 82 | ILENE SIROTA JEWELRY AND ACCES | ILENE SIROTA | SANTA ANA | CA |
| 82 | 83 | THELMA L DRIVER | | LOS ANGELES | CA |
| 83 | 84 | AMIE BROZDA | | SAN DIEGO | CA |
| 84 | 85 | KOEHL KASH AND INVESTMENTS LLC | RUDY KOEHL | ESCONDIDO | CA |
| 85 | 86 | U S FOREST SERVICE | MICHELLE SARUBBI | ALPINE | CA |
| 86 | 87 | THE ORINDA ASSOCIATION | KATE WILEY | ORINDA | CA |
| 87 | 88 | CAMILLE BOYD | | LA MESA | CA |
| 88 | 89 | JOAN M PATSKY | | BEAUMONT | CA |

**Sanbrook v. Office Depot, Inc.**
Exhibit A: List of Opt Outs

| count | Document Number | Name | Representative Name (if applicable) | City | State |
|---|---|---|---|---|---|
| 89 | 90 | PATTY ALLISON | | FOUNTAIN VLY | CA |
| 90 | 91 | JEAN HENDRICKS | | BUCKEYE | AZ |
| 91 | 92 | JOYLENE STEELE | | VISALIA | CA |
| 92 | 93 | KIM ARENA | | SAN GABRIEL | CA |
| 93 | 94 | SAM RO | | LOS ANGELES | CA |
| 94 | 95 | VIOLETTE ELMGREN | | VISTA | CA |
| 95 | 96 | MARY WALICKI | | RCH CUCAMONGA | CA |
| 96 | 97 | JAY INDECK PLUMBING | JAY INDECK | RCH CUCAMONGA | CA |
| 97 | 98 | MARISSA CABICO | | WALNUT | CA |
| 98 | 99 | BARBARA RYDER | | MOUNTAIN VIEW | CA |
| 99 | 100 | MARY SHERIDAN | | COTATI | CA |
| 100 | 101 | CHRISTINE WINDER | | MOUNTAIN VIEW | CA |
| 101 | 102 | ALTHA MCCAW | | ANDERSON | CA |
| 102 | 103 | JABIN L CANGO | | SAN DIEGO | CA |
| 103 | 104 | JOHN DI SAIA | | SAN CLEMENTE | CA |
| 104 | 105 | JOHN A SPINETTI | | S SAN FRAN | CA |
| 105 | 106 | JACK MCLAUGHLIN | | CRESCENT MILL | CA |
| 106 | 107 | STANISLAUS COUNTY LAW LIBRARY | JANICE MILLIKEN | MODESTO | CA |
| 107 | 108 | RUTH MATTOX | | WEST COVINA | CA |
| 108 | 109 | LEONOR RINCON | | SACRAMENTO | CA |
| 109 | 110 | CHRIS MORGAN | | PETALUMA | CA |
| 110 | 111 | KATHI SALLEY | | MORENO VALLEY | CA |
| 111 | 112 | LERNIK MALEKAGHAKHAN | | GLENDALE | CA |
| 112 | 113 | KINDER MANAGEMENT CONSULTING | DEBORAH KINDER | REDLANDS | CA |
| 113 | 114 | CLUTTER FREE ORGANIZATIONAL SV | MICHELE ALEXANDRIA | SAN DIEGO | CA |
| 114 | 115 | CHRISTINE CORBETT | | LA CRESCENTA | CA |
| 115 | 116 | AREELUCK PARNSOONTHORN | | SAN DIEGO | CA |
| 116 | 117 | TERRY GLUSKOTER | | HACIENDA HTS | CA |
| 117 | 118 | JANICE MORGAN GLUSKOTER | | HACIENDA HTS | CA |
| 118 | 119 | REBECCA RODRIGUEZ | | REDONDO BEACH | CA |
| 119 | 120 | GIS/GALVEZ INS. SERVICE | PAULINE GALVEZ | SAN CLEMENTE | CA |
| 120 | 121 | MANNY GALVEZ | | SAN CLEMENTE | CA |
| 121 | 122 | WILLIAM SILMON | | ARROYO GRANDE | CA |
| 122 | 123 | KARIANNE FLAATHEN | | LOS ANGELES | CA |
| 123 | 124 | ROXANN HIGMAN | | NEWPORT BEACH | CA |
| 124 | 125 | BERENICE CAVAZOS | | SAN FRANCISCO | CA |
| 125 | 126 | JOY FILLIPPELLI | | RCH CUCAMONGA | CA |
| 126 | 127 | ALL ONE COMMUNICATION | BARBARA FRANKLIN | SAN DIEGO | CA |
| 127 | 128 | SUSHI OF THE JAPANESSE | TAKASHI OKUMOTO | SAN DIEGO | CA |
| 128 | 129 | ROBIN HAMMER | | BURBANK | CA |
| 129 | 130 | JAAZIEL CASTRO | | HIGHLAND | CA |
| 130 | 131 | SHIRLEY GRESHAM | | MORENO VALLEY | CA |
| 131 | 132 | ERIC ARELLANO | | LA VERNE | CA |
| 132 | 133 | GUADALUPE BAEZ | | CHULA VISTA | CA |

Sanbrook v. Office Depot, Inc.

Exhibit A: List of Opt Outs

| count | Document Number | Name | Representative Name (if applicable) | City | State |
|---|---|---|---|---|---|
| 133 | 134 | MARY BRAUN | | CONCORD | CA |
| 134 | 135 | ERICA RAMIREZ | | NORWALK | CA |
| 135 | 136 | LESLIE DENTT | | EL CAJON | CA |
| 136 | 137 | BARBARA MENDOZA | | CARMICHAEL | CA |
| 137 | 138 | SHANNON LIANG | | SAN FRANCISCO | CA |
| 138 | 139 | KATHRYN MARTIN | | SACRAMENTO | CA |
| 139 | 140 | CLAUD TOWNSLEY INC., DBA: CENTRAL ROOFING CO. | | GARDENA | CA |
| 140 | 141 | STEPHANIE FIERRO | | ROSEMEAD | CA |
| 141 | 142 | JUDITH MUN | | GARDEN GROVE | CA |
| 142 | 143 | CINDY CABRALES | | GARDENA | CA |
| 143 | 144 | FRANCES OUELLETTE | | LAKE FOREST | CA |
| 144 | 145 and 146 | STACEY KELLEHER | | VALENCIA | CA |
| 145 | 147 | MARY SETO | | PALO ALTO | CA |
| 146 | 148 | KATHY BRANNON | | GIG HARBOR | WA |
| 147 | 149 | SARA FOX | | SANTEE | CA |
| 148 | 150 | BEVERLY GILBEAU | | PALOS VERDES PENINSU | CA |
| 149 | 151 | ZARINAH RAZA | | TORRANCE | CA |
| 150 | 152 | LEONA SIADEK | | NAPA | CA |
| 151 | 153 | PRIME RESIDENTIAL SALES | LARA RADOSAVCEV | WESTLAKE VLG | CA |
| 152 | 154 | NANCY WILKINSON | | BELLFLOWER | CA |